

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Georgia

---

P.O. Box 8970
Savannah, Georgia 31412
912-652-4388/FAX

22 Barnard St., Suite 300
Savannah, Georgia 31401
912-652-4422

February 11, 2022

*VIA FEDERAL EXPRESS*
Clerk of Superior Court Atkinson County
Attn: Recorders Office
19 Roberts Avenue West
Pearson, GA 31642

      RE:    Recording of *Notice of Lis Pendens*

To Whom It May Concern:

      Enclosed, please find an Indictment as to 6996 Axson Road, Axson, Georgia 31624, further described as:

      All of the following described real estate to wit:

      All of that certain real estate described as beginning at the Northeast corner of lands conveyed to Aaron Mizell, Jr., on June 26, 1990; travel in a Northerly direction along the Eastern land line of lands of Aaron Mizell for a distance of 301 feet; thence travel in a Westerly direction for 831 feet to a point; thence travel in a Northerly direction for 116.75 feet to a point; thence travel in a Westerly direction 1455 feet to the Western land line of lands of Aaron Mizell; thence travel In a Southerly direction for a distance of 116.75 feet to a point; thence travel in an Easterly direction for a distance of 549 feet to a point thence travel in a Southerly direction for a distance of 292 fret to a point thence travel in Easterly direction for a distance of 1744 feet back to the Point and Place of Beginning. Said tract of land is bounded on the South by the Northern land line of land of Aaron Mizell, Jr.; bounded on the East by the Eastern land line of lands of Aaron Mizell; bounded on the West by the Western land line of lands of Aaron Mizell and bounded on the North by lands conveyed to Harold Evan Mizell on June 26, 1990. Said tract contains 15.75 acres, more or less.

> Said tract of land being a portion of Lands conveyed to Aaron Mizell by V.W. Cook by warranty deed recorded in Deed Book 18, pages 510-11 and lands conveyed to Aaron Mizell by Isham Mizell by warranty dead recorded in Deed Book No. 9, at Page No. 456,in the Atkinson County Public Records and being located in Land Lots 38 and 9 in the 6th Land District of Atkinson County, Georgia.

The Indictment does not need to be recorded.

Please contact me at 912-652-4422 should you have any comments or questions.

Sincerely,

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412

Enclosure

|  |  |
|---|---|
| | RE: PROPERTY CURRENTLY OR FORMERLY OWNED BY <u>SHERRY AN MIZELL DUQUE</u> |
| PLEASE RETURN TO:<br>Xavier A. Cunningham<br>Assistant U.S. Attorney<br>P.O. Box 8970<br>Savannah GA 31412 | PLEASE CROSS-REFERENCE TO THAT CERTAIN <u>DEED OF GIFT</u> DEED RECORDED ON <u>JUNE 8, 2001</u> AT DEED BOOK <u>190</u>, PAGE <u>279 AND 280</u>, IN THE <u>ATKINSON</u> COUNTY, GEORGIA REAL ESTATE RECORDS |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CR521-09<br>SHERRY AN MIZELL DUQUE )<br>)<br>)<br>_____ ) | |

NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that on October 5, 2021, a Sealed INDICTMENT was returned by a Federal Grand Jury sitting in the Southern District of Georgia, Waycross Division, charging the above-named Defendant with violations of 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 1594(d) and 28 U.S.C. § 2461(c), and charging in the FORFEITURE PROVISION that the following real property located at 6996 Axson Road, Axson, Georgia 31624, further described as:

> All of the following described real estate to wit:
>
> All of that certain real estate described as beginning at the Northeast corner of lands conveyed to Aaron Mizell, Jr., on June 26, 1990; travel in a Northerly direction along the Eastern land line of lands of Aaron Mizell for a distance of 301 feet; thence travel in a Westerly direction for 831 feet to a point; thence travel in a Northerly direction for 116.75 feet to a point; thence travel in a Westerly direction 1455 feet to the Western land line of lands of Aaron Mizell; thence travel In a Southerly direction for a distance of 116.75 feet to a point; thence travel in an Easterly direction for a distance of 549 feet to a point thence travel in a Southerly direction for a distance of 292 fret to a point thence travel in Easterly direction for a distance of 1744 feet back to the Point and Place of Beginning. Said tract of land is bounded on the South by the Northern land line of land of Aaron Mizell, Jr.; bounded on the East by the Eastern land line of lands of Aaron Mizell; bounded on the West by the Western land line of lands of Aaron Mizell and bounded on the North by lands conveyed to Harold Evan Mizell on June 26, 1990. Said tract contains 15.75 acres, more or less.
>
> Said tract of land being a portion of Lands conveyed to Aaron Mizell by V.W. Cook by

warranty deed recorded in Deed Book 18, pages 510-11 and lands conveyed to Aaron Mizell by Isham Mizell by warranty dead recorded in Deed Book No. 9, at Page No. 456, in the Atkinson County Public Records and being located in Land Lots 38 and 9 in the 6th Land District of Atkinson County, Georgia.

The property, titled in the name of Sherry Ann Mizell Duque, together with all appurtenances thereto, improvements thereon, furnishing and fixtures, is subject to forfeiture to the United States of America under the provisions of 21 U.S.C.§ 853.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of a preliminary order of forfeiture.

For further information concerning the forfeiture, reference may be made to the records of the Clerk of the Court for the United States District Court for the Southern District of Georgia, Waycross Division.

DATED, this 11th day of February 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477
P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

Signed, sealed and delivered in the presence of:

_Wanda Jackson_
Witness

Sworn to and subscribed before me this
11th day of February, 2022.

_Gale Barrow_
Notary Public, Chatham County, Georgia
My Commission Expires: 6-9-24

GALE BARROW
NOTARY PUBLIC
Chatham County
State of Georgia
My Comm. Expires   June 9, 2024