# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.** | 5:21-cr-9 | **DATE:** | 3/2/2022 |
| **TITLE:** | USA v. Brett Donavan Bussey | | |

**HONORABLE BENJAMIN W. CHEESBRO**   **COURTROOM DEPUTY CLERK: KIM MIXON**

**COURT REPORTER**:

| **TAPE NO.** | WAY-CR1 | **TIME**: | 10:00-11:05 | **TOTAL:** | 1 hour/5 minutes |
|---|---|---|---|---|---|

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR** | **DEFENDANT** |
|---|---|---|
| Xavier Cunningham | Thomas Withers | Brett Donavan Bussey |

Motions hearing to take up argument on Motions related to possession of seized property, docs. 98, 236.  Court has received and reviewed all briefing.

Government argument.  10:06-10:20.  Defense argument.  10:20-10:58.

Defense moves to enter copies of Middle District of Georgia Search Warrant Application, Affidavit and Warrant as Defense Exhibit 1.  Defense moves to enter copy of excerpt from the Southern District of Georgia Warrant as Defense Exhibit 2.  Admitted without objection.

Court Orders exhibits are to remain under seal.

Argument by Government on vehicle return.  11:00-11:02.  Defense response to Government argument.  11:01-11:05.  Government and defense both request a copy of the transcript from today's hearing.  Court reserves ruling on both motions, docs. 98, 236, at this time.

Court will issue written order.