IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br>CARLA YVONNE SALINAS,<br><br>          Defendants. | CASE NO.: 5:21-cr-9 |

## O R D E R

This matter is before the Court on the United States' Motion to Disclose.  Doc. 359.  After careful consideration and for good cause shown, the Government's Motion is **GRANTED**.  The United States may disclose all sealed documents in cases 4:17-mj-52 and 4:19-mj-67 to counsel for Defendants in case 5:21-cr-9 as part of its discovery production.  At this time, the documents shall remain under seal.

**SO ORDERED**, this 11th day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA