IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA LETICIA PATRICIO,<br>DANIEL MENDOZA,<br>NERY RENE CARRILLO-NAJARRO,<br>ANTONIO CHAVEZ RAMOS,<br>JC LONGORIA CASTRO,<br>ENRIQUE DUQUE TOVAR,<br>CHARLES MICHAEL KING,<br>STANLEY NEAL MCGAULEY,<br>LUIS ALBERTO MARTINEZ,<br>DELIA IBARRA ROJAS,<br>JUANA IBARRA CARRILLO,<br>DONNA MICHELLE ROJAS,<br>MARGARITA ROJAS CARDENAS,<br>JUAN FRANCISCO ALVAREZ CAMPOS,<br>ROSALVA GARCIA MARTINEZ,<br>ESTHER IBARRA GARCIA,<br>BRETT DONAVAN BUSSEY,<br>LINDA JEAN FACUNDO,<br>GUMARA CANELA,<br>DANIEL MERARI CANELA DIAZ,<br>CARLA YVONNE SALINAS,<br><br>      Defendants. | CASE NO.: 5:21-cr-9 |

**O R D E R**

This matter is before the Court on the United States' Unopposed Motion to Designate Case as Complex and Exclude Time Under the Speedy Trial Act. Doc. 360. In its Motion, the United States asks the Court to declare this case as unusual and complex under 18 U.S.C. § 3161 (h)(7)(B) and, consequently, to exclude all time from the date the Motion was filed, April 8,

2022, until further Order of the Court from computation under the Speedy Trial Act.  Id. at 4.  The Government's Motion indicates that no Defendant has opposed the Motion.

This case involves allegations that Defendants were members of a conspiracy that engaged in international mail fraud, forced labor, and money laundering.  Doc. 3.  The United States alleges the charged conspiracy spans almost six years and across at lest five federal jurisdictions and three foreign countries including Mexico, Guatemala, and Honduras.  The United States asserts the discovery in this case is voluminous and includes numerous items in Spanish.  The United States asserts this prosecution is inherently complex and warrants exclusion of time from the Speedy Trial Act computation due to that complexity.

After careful consideration, and for good cause shown the Court **GRANTS** the Government's unopposed Motion and finds that the ends of justice served by designating this case as complex and excluding time under the Speedy Trial Act outweigh the best interest of the public and the Defendants in a speedy trial.  In making this determination, the Court has considered both the nature of the prosecution and the volume and complexity of discovery involved in the case.  The Court, therefore, concludes that absent a continuance under the Speedy Trial Act, it would be unreasonable to expect adequate preparation for trial or pretrial proceedings.  The Court declares this case unusual and complex under 18 U.S.C. § 3161 (h)(7)(B) and, excludes all time from April 8, 2022 until further Order of the Court from computation under the Speedy Trial Act.

**SO ORDERED**, this 11th day of April, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA