IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 5:21-CR-09 |
| | ) | |
| BRETT DONAVAN BUSSEY | ) | |

### UNITED STATES' UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR IDENTIFICATION

The United States of America respectfully moves for an additional seven days, up to and including March 31, 2023, in which to file its response to Defendant's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in its Case-In-Chief at Trial. Doc. 549. The Motion was filed on March 10, 2023, and the United States' response is currently due on March 24, 2023. Doc. 550. Since receiving Defendant's Motion, counsel for the United States has had to travel to Los Angeles, California and San Francisco, California to prepare for various sentencing hearings in *United States v. Serendipity Business Solutions, LLC, et al.*, Case Number 4:20-CR-56. In addition, counsel for the United States has also been on sick leave.

Counsel for the United States has consulted with Mr. Thomas A. Withers, counsel for Defendant Brett Bussey, who indicated that Defendant does not oppose this extension.

For the foregoing reasons, the United States respectfully requests an additional seven days, up to and including March 31, 2023, in which to file its

response to Defendant's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in its Case-In-Chief at Trial. Doc. 549.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
E-mail: tania.groover@usdoj.gov