IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO: 5:21-CR-009 |
| v. ) | |
| ) | |
| BRETT DONAVAN BUSSEY ) | |

## **ORDER**

This matter is before the Court on the United States of America's Motion for Additional Time to Respond to Defendant's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in its Case-In-Chief at Trial. Defendant does not oppose the Motion. After careful consideration, and for good cause shown, the Court **GRANTS** the Government's Motion.

The Court **ORDERS** that the United States may have until March 31, 2023 to respond to Defendant's Motion for Identification of the Specific Documents Which the Government Expects to Introduce in its Case-In-Chief at Trial. Doc. 549.

**SO ORDERED**, this _____ day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA