# EXHIBIT 2



USCIS-Scops-Forms-I-129

# COVER PAGE

## FORM TYPE: I-129

## RECEIPT NUMBER:

CSCWAC1914050982H2A

03/20/2019 09:07:09

USCIS-Scops-Forms-I-129

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PA
PME 2-Day
ALMA, GA
31510
MAR 07, 19
AMOUNT
**$25.50**
R2305H130234-05

1007 92607

RIORITY ★ MAIL ★ XPRESS™

R FASTEST SERVICE IN THE U.S.

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EE 464 837 319 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

N
P.O. Box
, GA 31516

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

USCIS California Service Center
Attn: I-129 H-2A
P.O. Box 10140
Laguna Niguel, CA 92607-1040

ZIP + 4® (U.S. ADDRESSES ONLY) 9 2 6 0 7 - 1 0 4 0

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 31510 | 03/09/19 | $ 25.50 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 03/07/19 | ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 3:26 ☐ AM ☒ PM | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |
| | TG | $ 25.50 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| CSC 3/11/2019 | 1340 | H2A |

+ Money Back Guarantee for U.S. destinations only.

EN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

F July 2013 OD: 12.5 x 9.5

10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

# Petition for a Nonimmigrant Worker

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-129
OMB No. 1615-0009
Expires 12/31/2018

For USCIS Use Only

03/11/2019 WAC-19-140-50982 WACHTV03

Partial Approval (explain)

Action Block

DHS U.S. Citizenship and Immigration Services APPROVED MAR 13 2019 USCIS

Class: H2A
No. of Workers: 250
Job Code: 500
Validity Dates:
From: 03/15/19
To: 11/15/19

☑ Classification Approved
☑ Consulate/POE/PFI Notified
At: Monterrey
☐ Extension Granted
☐ COS/Extension Granted

▶ **START HERE - Type or print in black ink.**

## Part 1. Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.** **If you are a company or an organization filing this petition,** complete **Item Number 2.**

**1. Legal Name of Individual Petitioner**

Family Name (Last Name) | Given Name (First Name) | Middle Name

**2. Company or Organization Name**

**3. Mailing Address of Individual, Company or Organization**

In Care Of Name: H-2Advisors, LLC

Street Number and Name: Ave

Apt. Ste. Flr. ☐ ☐ ☐ Number

City or Town | State: GA | ZIP Code

Province | Postal Code | Country: USA

**4. Contact Information**

Daytime Telephone Number | Mobile Telephone Number | Email Address (if any): gmail.com

**5. Other Information**

Federal Employer Identification Number (FEIN) ▶ | Individual IRS Tax Number ▶ | U.S. Social Security Number (if any) ▶

\

80

## Part 2. Information About This Petition (See instructions for fee information)

1. **Requested Nonimmigrant Classification** (Write classification symbol): H2A

2. **Basis for Classification** (select **only one** box):
   - [X] **a.** New employment.
   - [ ] **b.** Continuation of previously approved employment without change with the same employer.
   - [ ] **c.** Change in previously approved employment.
   - [ ] **d.** New concurrent employment.
   - [ ] **e.** Change of employer.
   - [ ] **f.** Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary. If none exists, indicate "None."** ► none

4. **Requested Action** (select **only one** box):
   - [X] **a.** Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
   - [ ] **b.** Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations). This is available only when you check "New Employment" in **Item Number 2.**, above.
   - [ ] **c.** Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - [ ] **d.** Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - [ ] **e.** Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
   - [ ] **f.** Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.) ► 250

## Part 3. Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. **If an Entertainment Group, Provide the Group Name**

2. **Provide Name of Beneficiary**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |

3. **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

4. **Other Information**

Date of birth (mm/dd/yyyy)

Gender [ ] Male [ ] Female

U.S. Social Security Number (if any) ►

/

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number) ▶ A-

Country of Birth

Province of Birth

Country of Citizenship or Nationality

5. **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)

I-94 Arrival-Departure Record Number ▶

Passport or Travel Document Number

Date Passport or Travel Document Issued (mm/dd/yyyy)

Date Passport or Travel Document Expires (mm/dd/yyyy)

Passport or Travel Document Country of Issuance

Current Nonimmigrant Status

Date Status Expires or D/S (mm/dd/yyyy)

Student and Exchange Visitor Information System (SEVIS) Number (if any)

Employment Authorization Document (EAD) Number (if any)

6. **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name

Apt. Ste. Flr. ☐ ☐ ☐ Number

City or Town

State

ZIP Code

## Part 4. Processing Information

1. If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

a. **Type of Office** (select only one box): ☒ Consulate ☐ Pre-flight inspection ☐ Port of Entry

b. **Office Address (City)**

c. **U.S. State or Foreign Country** Mexico

d. **Beneficiary's Foreign Address**

Street Number and Name

Apt.Ste. Flr. ☐ ☐ ☐ Number

City or Town

State

Province

Postal Code

Country

2. Does each person in this petition have a valid passport? ☒ Yes ☐ No. If no, go to **Part 9.** and type or print your explanation.

## Part 4. Processing Information (continued)

3. Are you filing any other petitions with this one?
☐ Yes. If yes, how many? ▶ [ ] ☒ No

4. Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition? Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at www.cbp.gov/i94 instead of filing an application for a replacement/initial I-94.
☐ Yes. If yes, how many? ▶ [ ] ☒ No

5. Are you filing any applications for dependents with this petition?
☐ Yes. If yes, how many? ▶ [ ] ☒ No

6. Is any beneficiary in this petition in removal proceedings?
☐ Yes. If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s). ☒ No

7. Have you ever filed an immigrant petition for any beneficiary in this petition?
☐ Yes. If yes, how many? ▶ [ ] ☒ No

8. Did you indicate you were filing a new petition in **Part 2.**?
☐ Yes. If yes, answer the questions below. ☐ No. If no, proceed to **Item Number 9.**

a. Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

b. Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☐ No

9. Have you ever previously filed a nonimmigrant petition for this beneficiary?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☒ No

10. If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
☐ Yes. If yes, proceed to **Part 9.** and type or print your explanation. ☒ No

11.a. Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
☐ Yes. If yes, proceed to **Item Number 11.b.** ☒ No

11.b. If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent. Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.
[ ]

## Part 5. Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1. Job Title: Farmworker
2. LCA or ETA Case Number: H-300-19028-907991

## Part 5. Basic Information About the Proposed Employment and Employer (continued)

3. Address where the beneficiary(ies) will work if different from address in **Part 1.**

Street Number and Name: Rd
Apt. Ste. Flr. ☐ ☐ ☐ Number:
City or Town:
State: GA
ZIP Code:

4. Did you include an itinerary with the petition? ☒ Yes ☐ No

5. Will the beneficiary(ies) work for you off-site at another company or organization's location? ☐ Yes ☒ No

6. Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)? ☐ Yes ☒ No

7. Is this a full-time position? ☒ Yes ☐ No

8. If the answer to **Item Number 7.** is no, how many hours per week for the position? ►

9. Wages: $ 11.13 per (Specify hour, week, month, or year) ► Hour

10. Other Compensation (Explain)

$0.50 per pound to hand pick blueberries
$1.00 per bale to rake, gather, clean, and bale pine straw

11. Dates of intended employment From: (mm/dd/yyyy) 03/15/2019 To: (mm/dd/yyyy) 11/15/2019

12. Type of Business: Agricultural

13. Year Established:

14. Current Number of Employees in the United States:

15. Gross Annual Income:

16. Net Annual Income:

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☐ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

**Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory** (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

1. **Name and Title of Authorized Signatory**

Family Name (Last Name)

Given Name (First Name)

Title

FLC

2. **Signature and Date**

Signature of Authorized Signatory

Date of Signature (mm/dd/yyyy) 03/07/2019

3. **Signatory's Contact Information**

Daytime Telephone Number

Email Address (if any)

com

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

**Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner**

Provide the following information concerning the preparer:

1. **Name of Preparer**

Family Name (Last Name)

Given Name (First Name)

2. **Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

H-2Advisors, LLC

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner (continued)

**3. Preparer's Mailing Address**

Street Number and Name: Ave

Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town:

State: GA

ZIP Code:

Province:

Postal Code:

Country: USA

**4. Preparer's Contact Information**

Daytime Telephone Number:

Fax Number:

Email Address (if any): @outlook.com

### *Preparer's Declaration*

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5. Signature and Date**

Signature of Preparer: [signature]

Date of Signature (mm/dd/yyyy): 03/07/2019



# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 12/31/2018

1. Name of the Petitioner

[ ]

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

2.a. Name of the Beneficiary

[ ]

**OR**

2.b. Provide the total number of beneficiaries 250

3. List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) From | To |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. Classification sought (select **only one** box):

- [ ] **a.** H-1B Specialty Occupation
- [ ] **b.** H-1B1 Chile and Singapore
- [ ] **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)
- [ ] **d.** H-1B3 Fashion model of distinguished merit and ability
- [X] **e.** H-2A Agricultural worker
- [ ] **f.** H-2B Non-agricultural worker
- [ ] **g.** H-3 Trainee
- [ ] **h.** H-3 Special education exchange visitor program

5. Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?

[ ] Yes [X] No

6. Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

[ ] Yes [X] No

7.a. Does any beneficiary in this petition have ownership interest in the petitioning organization?

[ ] Yes. If yes, please explain in **Item Number 7.b.** [X] No

**7.b.** Explanation

## Section 1. Complete This Section If Filing for H-1B Classification

**1.** Describe the proposed duties.

**2.** Describe the beneficiary's present occupation and summary of prior work experience.

**Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore**

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment. I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times. If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

**Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects**

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

**Statement for H-1B U.S. Department of Defense Projects Only**

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification

**1.** Employment is: (select **only one** box)

☒ **a.** Seasonal ☐ **b.** Peak load ☐ **c.** Intermittent ☐ **d.** One-time occurrence

**2.** Temporary need is: (select **only one** box)

☐ **a.** Unpredictable ☐ **b.** Periodic ☒ **c.** Recurrent annually

**Section 2. Complete This Section If Filing for H-2A or H-2B Classification** (continued)

**3.** Explain your temporary need for the workers' services (Attach a separate sheet if additional space is needed).

Employer is an FLC in South GA who needs workers to pick blueberries and rake and bale pinestraw.

**4.** List the countries of citizenship for the H-2A or H-2B workers you plan to hire.

| | |
|---|---|
| a. Mexico | d. |
| b. Guatemala | e. |
| c. | f. |

**5.a.** You must provide all of the requested information for **Item Numbers 5.a. - 6.** for each H-2A or H-2B worker you plan to hire who is not from a country that has been designated as a participating country in accordance with 8 CFR 214.2(h)(5)(i)(F)(1) or 214.2(h)(6)(i)(E)(1). See www.uscis.gov for the list of participating countries. (Attach a separate sheet if additional space is needed.)

Family Name (Last Name) | Given Name (First Name) | Middle Name

**5.b.** Provide all other name(s) used

Family Name (Last Name) | Given Name (First Name) | Middle Name

**5.c.** Date of Birth (mm/dd/yyyy) **5.d.** Country of Birth

**5.e.** Country of Citizenship or Nationality

**6.a.** Have any of the workers listed in **Item Number 5.** above ever been admitted to the United States previously in H-2A/H-2B status?

☐ Yes. If yes, go to **Part 9.** of Form I-129 and write your explanation. ☐ No

**6.b.** Visa Classification (H-2A or H-2B):

**NOTE:** If any of the H-2A or H-2B workers you are requesting are nationals of a country that is not on the eligible countries list, you must also provide evidence showing: **(1)** that workers with the required skills are not available from a country currently on the eligible countries list*; **(2)** whether the beneficiaries have been admitted previously to the United States in H-2A or H-2B status; **(3)** that there is no potential for abuse, fraud, or other harm to the integrity of the H-2A or H-2B visa programs through the potential admission of the intended workers; and **(4)** any other factors that may serve the United States interest.

* For H-2A petitions only: You must also show that workers with the required skills are not available from among United States workers.

**7.a.** Did you or do you plan to use a staffing, recruiting, or similar placement service or agent to locate the H-2A/H-2B workers that you intend to hire by filing this petition?

☐ Yes ☒ No

If yes, list the name and address of service or agent used below. Please use **Part 9.** of Form I-129 if you need to include the name and address of more than one service or agent.

**7.b.** Name

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**7.c.** Address

Street Number and Name | Apt. Ste. Flr. ☐ ☐ ☐ | Number

City or Town | State | ZIP Code

**8.a.** Did any of the H-2A/H-2B workers that you are requesting pay you, or an agent, a job placement fee or other form of compensation (either direct or indirect) as a condition of the employment, or do they have an agreement to pay you or the service such fees at a later date? The phrase "fees or other compensation" includes, but is not limited to, petition fees, attorney fees, recruitment costs, and any other fees that are a condition of a beneficiary's employment that the employer is prohibited from passing to the H-2A or H-2B worker under law under U.S. Department of Labor rules. This phrase does not include reasonable travel expenses and certain government-mandated fees (such as passport fees) that are not prohibited from being passed to the H-2A or H-2B worker by statute, regulations, or any laws. ☐ Yes ☒ No

**8.b.** If yes, list the types and amounts of fees that the worker(s) paid or will pay.

**8.c.** If the workers paid any fee or compensation, were they reimbursed? ☐ Yes ☐ No

**8.d.** If the workers agreed to pay a fee that they have not yet been paid, has their agreement been terminated before the workers paid the fee? (Submit evidence of termination or reimbursement with this petition.) ☐ Yes ☐ No

**9.** Have you made reasonable inquiries to determine that to the best of your knowledge the recruiter, facilitator, or similar employment service that you used has not collected, and will not collect, directly or indirectly, any fees or other compensation from the H-2 workers of this petition as a condition of the H-2 workers' employment? ☒ Yes ☐ No

**NOTE:** If USCIS determines that you knew, or should have known, that the workers requested in connection with this petition paid any fees or other compensation at any time as a condition of employment, your petition may be denied or revoked.

**10.a.** Have you ever had an H-2A or H-2B petition denied or revoked because an employee paid a job placement fee or other similar compensation as a condition of the job offer or employment? ☐ Yes ☒ No

**10.a.1** If yes, when?

**10.a.2** Receipt Number: ►

**10.b.** Were the workers reimbursed for such fees and compensation? (Submit evidence of reimbursement.) If you answered no because you were unable to locate the workers, include evidence of your efforts to locate the workers. ☐ Yes ☐ No

**11.** Have any of the workers you are requesting experienced an interrupted stay associated with their entry as an H-2A or H-2B? (See form instructions for more information on interrupted stays.) ☐ Yes ☐ No

If yes, document the workers' periods of stay in the table on the first page of this supplement. Submit evidence of each entry and each exit, with the petition, as evidence of the interrupted stays.

**12.a.** If you are an H-2A petitioner, are you a participant in the E-Verify program? ☐ Yes ☒ No

**12.b.** If yes, provide the E-Verify Company ID or Client Company ID.

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

The H-2A/H-2B petitioner and each employer consent to allow Government access to the site where the labor is being performed for the purpose of determining compliance with H-2A/H-2B requirements. The petitioner further agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker fails to report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker absconds from the worksite or is terminated prior to the completion of agricultural labor or services for which he or she was hired. The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period. "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

**For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.

The petitioner must execute **Part A.** If the petitioner is the employer's agent, the employer must execute **Part B.** If there are joint employers, they must each execute **Part C.**

### *Part A. Petitioner*

By filing this petition, I agree to the conditions of H-2A/H-2B employment and agree to the notification requirements. For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| | | 03/07/2019 |

### *Part B. Employer who is not the petitioner*

I certify that I have authorized the party filing this petition to act as my agent in this regard. I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.

| Signature of Employer | Name of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

### *Part C. Joint Employers*

I agree to the conditions of H-2A eligibility.

| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
|---|---|---|
| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |
| Signature of Joint Employer | Name of Joint Employer | Date (mm/dd/yyyy) |

THE UNITED STATES OF AMERICA

# I-797B | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC1914050982 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date 03/11/2019 | Priority Date | Petitioner |
| Notice Date 03/13/2019 | Page 1 of 2 | Beneficiary 250 WORKERS |

c/o H 2ADVISORS LLC

**Notice Type:** Approval Notice
Class: H2A
Valid from 03/15/2019 to 11/15/2019
Consulate:

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. **THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized. When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 250

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: WAC1914050982 Case Type: I129
Notice Date: March 13, 2019 Petitioner:
Petitioner Validity Dates: Valid from 03/15/2019 to 11/15/2019 Number of Workers: 250

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| UNNAMED | | | H2A | | 500 |

THE UNITED STATES OF AMERICA

# I-797B | NOTICE OF ACTION

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC1914050982 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date 03/11/2019 | Priority Date | Petitioner |
| Notice Date 03/13/2019 | Page 2 of 2 | Beneficiary 250 WORKERS |

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| UNNAMED | | | H2A | | 500 |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
**Customer Service Telephone:** (800) 375-5283

Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a Visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID
VOID VOID

FORM I-797B [REV. 08/01/16]

**U.S. Department of Labor** **Employment and Training Administration**
Office of Foreign Labor Certification
Chicago National Processing Center
11 West Quincy Court
Chicago, IL 60604

**CERTIFICATION LETTER**

March 5, 2019

Case Number: H-300-19028-907991

, GA

**RE:**

Dear Sir/Madam:

Your application seeking temporary labor certification under the H-2A temporary agricultural program has been **certified**. On February 19, 2019, this office accepted for consideration an application from you requesting H-2A temporary labor certification for 250 Farmworker And Laborer, Crop, Nursery, And Greenhouse job opportunities. In accordance with Departmental regulations at 20 Code of Federal Regulations (CFR) § 655, Subpart B, it has been determined that a sufficient number of able, willing and qualified U.S. workers have not been identified as being available at the time and place needed to fill all of the job opportunities for which certification has been requested and that employment of the H-2A workers will not adversely affect the wages and working conditions of workers in the United States similarly employed.

Therefore, the Department grants certification for 250 Farmworker And Laborer, Crop, Nursery, And Greenhouse job opportunities. You must comply with all assurances, guarantees and other requirements contained in Departmental regulations at 20 CFR § 655, Subpart B and 20 CFR § 653, Subpart F.

Upon receipt of this notification, you will need to submit to the U.S. Citizenship and Immigration Service (USCIS) California Service Center the I-129 Form that is required in conjunction with an H-2A application. The USCIS petition can be obtained at http://www.uscis.gov.

**IMPORTANT NOTE: The employer must sign and date the ETA Form 9142 prior to submission to USCIS California Service Center.**

Enclosed is a bill for fees assessed for the H-2A certification. Non-payment or untimely payment may be considered a substantial violation subject to the procedures in Departmental regulations at 20 CFR § 655.182.

**Important Reminders:**

- In accordance with Departmental regulations at 20 CFR § 655.120(b), if the prevailing hourly wage or piece rate is adjusted during a work contract, and is higher than the highest of the AEWR, the prevailing wage, the agreed-upon collective bargaining wage, or the Federal or State minimum wage, in effect at the time the work is performed, the employer must pay at least that higher prevailing wage or piece rate upon notice to the employer by the Department. The Department posts all current prevailing hourly wages and piece rates to the Department of Labor's Agricultural On-Line Wage Library (AOWL). You are encouraged to visit the AOWL website at http://www.foreignlaborcert.doleta.gov/aowl.cfm for the updated wage rates.

- You must continue to cooperate with the State Workforce Agency (SWA) by accepting all referrals of eligible U.S. workers who apply (or on whose behalf an application is made) for the job opportunity until the end of the recruitment period as set forth in Departmental regulations at 20 CFR § 655.135(d). The end date of your obligation to consider all referrals under the 50 percent rule is calculated by the SWA based on the date the H-2A worker departed for the employer's place of business, which is assumed to be three days prior to the first date of need. However, if the H-2A worker will not depart for your place of employment three days prior to the first date of need, Departmental regulation 20 CFR § 655.135(c) requires you to inform the SWA in writing of the new expected departure date.

- You must update and maintain the recruitment report throughout the recruitment period including the 50 percent period as specified in Departmental regulations at 20 CFR § 655.156(b). This supplement to the recruitment report must meet the requirements of Departmental regulations at 20 CFR § 655.156(a)(1)-(4). The employer must sign and date this supplement to the recruitment report and retain it for a period of no less than three (3) years. The supplement to the recruitment report must be provided upon request.

- You are also reminded that in accordance with Departmental regulations at 20 CFR § 655.122(n), the termination of workers for cause and abandonment of the job by workers are to be reported in writing to the Department and to the Department of Homeland Security (DHS) within two (2) business days of the termination or discovering abandonment. To make compliance with this requirement simple and fast, the employer may e-mail the notification directly to the Chicago NPC using TLC.Chicago@dol.gov. Your requests will be handled as expeditiously as possible. Employers without internet access may also send written notification by facsimile to (312) 886-1688 (ATTN: H-2A Abandonment and Termination) or U.S. mail to the following address:

U.S. Department of Labor
Employment and Training Administration
Office of Foreign Labor Certification
Chicago National Processing Center
11 West Quincy Court
Chicago, IL 60604
ATTN: H-2A Abandonment and Termination

- In accordance with Departmental regulations at 20 CFR § 655.135(i), employers must inform H-2A workers of the requirement that they must leave the United States at the end of the period certified by the Department or separation from the employer, whichever is earlier, unless the H-2A worker is being sponsored by another subsequent employer.

- In accordance with Departmental regulations at 20 CFR § 655.122(q), employers must provide to H-2A workers no later than the time at which the workers apply for the visa, or to workers in corresponding employment no later than on the day work commences, a copy of the work contract between the employer and the workers in a language understood by the worker as necessary or reasonable. For H-2A workers going from an H-2A employer to a subsequent H-2A employer, the copy must be provided no later than the time an offer of employment is made by the subsequent H-2A employer.

- In accordance with Departmental regulations at 20 CFR § 655.135(l), employers must post and maintain in a conspicuous location at the place of employment, a poster provided by the Secretary of the Department of Labor in English, and to the extent necessary, any language common to a significant portion of the workers if they are not fluent in English, which sets out the rights and protections for workers. A copy of the poster is available at http://www.dol.gov/whd/resources/posters.htm.

- Departmental regulations at 20 CFR § 655.180, allow the Department to conduct audit examinations of certified H-2A applications. The applications selected for audit will be chosen within the sole discretion of the Department. If your certification has been selected for audit, you are reminded that you must submit the documentation requested in the audit letter within the specified timeframe. Failure to comply with the audit process may result in a finding by the Certifying Officer to revoke the labor certification and/or debarment of the employer from future filings of H-2A temporary labor certification applications. Additionally, the audit findings and underlying documentation may be provided to the Department of Homeland Security or another appropriate enforcement agency. Referrals of any findings that an employer discouraged an eligible U.S. worker from applying, or failed to hire, discharged, or otherwise discriminated against an eligible U.S.

worker, to the Department of Justice, Civil Rights Division, Office of Special Counsel for Unfair Immigration Related Employment Practices.

- In accordance with Departmental regulations at 20 CFR § 655.170, employers may request to extend (by more than two (2) weeks) the period of employment on certified H-2A applications in writing, to the Chicago NPC. The employer may e-mail the request directly to the Chicago NPC using the address: TLC.Chicago@dol.gov, with the words "H-2A Extension Request" contained in the subject line of the e-mail. Employers without internet access may send a written request by facsimile to (312) 886-1688 (ATTN: H-2A Extension Request) or by U.S. mail to the following address:

  U.S. Department of Labor
  Employment and Training Administration
  Office of Foreign Labor Certification
  Chicago National Processing Center
  11 West Quincy Court
  Chicago, IL 60604
  ATTN: H-2A Extension Request

- Requests for changes in the period of employment lasting two (2) weeks or less can be directly filed with the USCIS California Service Center.

Sincerely,

OFLC Certifying Officer

Enclosures: Invoice for Certification; ETA Form 9142

CC:

GEORGIA DEPARTMENT OF LABOR

March 7, 2019

USCIS California Service Center
Attn: I-129 H-2A
P.O. Box 10140
Laguna Niguel, CA 92607-1040

Case Type: H-2A Request
Case: **H-300-19028-907991**

Petitioner:

To whom it may concern:

Attached is the copy of Foreign Labor Certification and additional documents for and H-2Advisors, LLC as its authorized agent under USDOL regulations.
H-2Advisors, LLC is not acting as an agent under Immigration regulations; H-2Advisors, LLC is acting as a form preparer.

is requesting two hundred fifty (250) H-2A guest workers.

Attachments:

- USCIS Form I-129 Petition for a Nonimmigrant Worker (2 copies)
- Original Blue Form **ETA-9142A** H-2A Application for Temporary Employment Certification **H-300-19028-907991**
- Copy of signed Appendix A ETA-9142A
- Copy of letter from U.S. Dept. of Labor Certified case
- Workers Comp
- Copy of FLC certificate for
- Federal TAX EIN Letter for
- H-2Advisors, LLC Federal Employer Identification Number IRS Letter
- Copy of Agreement between and H-2Advisors, LLC for assistance and representation in H-2A program.
- Money order for $460 payable to USCIS

H-2Advisors, LLC

GA

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

*Please read and review the filing instructions carefully before completing the Form ETA-9142A. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations, incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.*

## A. Employment-Based Nonimmigrant Visa Information

1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: * H-2A

## B. Temporary Need Information

1. Job Title * Farmworker

2. SOC (ONET/OES) code *

3. SOC (ONET/OES) occupation title * Farmworkers and Laborers, Crop, Nursery, and Greenhouse

4. Is this a full-time position? * ☑ Yes ☐ No

**Period of Intended Employment**

5. Begin Date * *(mm/dd/yyyy)* 03/15/2019

6. End Date * *(mm/dd/yyyy)* 11/15/2019

7. Worker positions needed/basis for the visa classification supported by this application

250 **Total Worker Positions Being Requested for Certification** *

Basis for the visa classification supported by this application
(*indicate the total workers in each applicable category based on the total workers identified above*)

| | | | |
|---|---|---|---|
| 250 | a. New employment * | 0 | d. New concurrent employment * |
| 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *

☑ Seasonal ☐ Peakload ☐ One-Time Occurrence ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *

FLC has secured several contracts with farmers in south GA to rake, gather, tie, and bale pine straw. Also FLC has secured contracts in south GA to pick, plant, and pack blueberries. There will be no charges to the workers for housing or transportation. As soon as the local SWA GA Dept of Labor conducts the housing inspection and sends me the certifications, I will send a copy of the housing certification.

 **FOR DEPARTMENT OF LABOR USE ONLY** 

Case Number: H-300-19028-907991 Case Status: CERTIFIED Validity Period: 03/15/2019 to 11/15/2019

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

## C. Employer Information

Important Note: Enter the full name of the individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that identifies each employer, by name, mailing address, and total worker positions needed, under the application.

| | | |
|---|---|---|
| 1. Legal business name * | | |
| 2. Trade name/Doing Business As (DBA), if applicable<br>N/A | | |
| 3. Address 1 *<br>Rd. | | |
| 4. Address 2<br>N/A | | |
| 5. City * | 6. State *<br>GA | 7. Postal code * |
| 8. Country *<br>UNITED STATES OF AMERICA | 9. Province<br>N/A | |
| 10. Telephone number * | 11. Extension<br>N/A | |
| 12. Federal Employer Identification Number (FEIN from IRS) * | 13. NAICS code (must be at least 4-digits) * | |
| 14. Number of non-family full-time equivalent employees<br>0 | 15. Annual gross revenue<br>N/A | 16. Year established<br>N/A |

17. Type of employer application (choose only one box below) *

- ☐ Individual Employer
- ☑ H-2A Labor Contractor or Job Contractor
- ☐ Association – Sole Employer (H-2A only)
- ☐ Association – Joint Employer (H-2A only)
- ☐ Association – Filing as Agent (H-2A only)

## D. Employer Point of Contact Information

Important Note: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, enter only the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| | | |
|---|---|---|
| 1. Contact's last (family) name * | 2. First (given) name * | 3. Middle name(s) *<br>N/A |
| 4. Contact's job title *<br>FLC | | |
| 5. Address 1 *<br>Rd. | | |
| 6. Address 2<br>N/A | | |
| 7. City * | 8. State *<br>GA | 9. Postal code * |
| 10. Country *<br>UNITED STATES OF AMERICA | 11. Province<br>N/A | |
| 12. Telephone number * | 13. Extension<br>N/A | 14. E-Mail address<br>N/A |

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



**E. Attorney or Agent Information (If applicable)**

1. Is/are the employer(s) represented by an attorney or agent in the filing of this application (including associations acting as agent under the H-2A program)? If "Yes", complete Section E. * ☑ Yes ☐ No

2. Attorney or Agent's last (family) name §
3. First (given) name §
4. Middle name(s) §

5. Address 1 §
AVE.

6. Address 2
N/A

7. City §
8. State §
GA
9. Postal code §

10. Country §
UNITED STATES OF AMERICA
11. Province
N/A

12. Telephone number §
13. Extension
N/A
14. E-Mail address
@OUTLOOK.COM

15. Law firm/Business name §
H-2ADVISORS, LLC
16. Law firm/Business FEIN §

17. State Bar number (only if attorney) §
N/A
18. State of highest court where attorney is in good standing (only if attorney) §
N/A

19. Name of the highest court where attorney is in good standing (only if attorney) §
N/A

**F. Job Offer Information**

**a. Job Description**

1. Job Title *
Farmworker

2. Number of hours of work per week
Basic *: 35.00 Overtime: 0

3. Hourly Work Schedule *
A.M. (h:mm): 8 : 00 P.M. (h:mm): 3 : 00

4. Does this position supervise the work of other employees? * ☐ Yes ☑ No

4a. If yes, number of employees worker will supervise (if applicable) § 0

5. Job duties – A description of the duties to be performed MUST begin in this space. If necessary, add attachment to continue and complete description. *

SEE ADDENDUM

Work in inclement weather (rain, heat, cold, hot, humid) $11.13/hour 35 hours a week. Workers will be manually gathering pine straw by raking, baling, stacking, grading, sorting tying, packing, cleaning, weeding. Workers may lift and carry up to 60 lbs by hand. Work is in inclement weather conditions including extremely hot, humid, cold, and/or rainy weather. Three months of verifiable farm-work experience required. Tools are provided by employer at no cost. 3/4 guaranteed. Must show proof of legal authority to work in USA. Must be 18 years old. Workers will also be picking, sorting, grading, carrying blueberries to the trailer for loading and unloading Workers may lift and carry up to 60 lbs. Long sleeve shirts and long pants are recommended to minimize contact with the plants and thereby reduce the exposure to cuts and scrapes caused by the plants. Perform prolonged walking over uneven ground in dusty or muddy

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

**F. Job Offer Information** ***(continued)***

**b. Minimum Job Requirements**

1. Education: minimum U.S. diploma/degree required *

☑ None ☐ High School/GED ☐ Associate's ☐ Bachelor's ☐ Master's ☐ Doctorate (PhD) ☐ Other degree (JD, MD, etc.)

| 1a. If "Other degree" in question 1, specify the diploma/ degree required § | 1b. Indicate the major(s) and/or field(s) of study required § (May list more than one related major and more than one field) |
|---|---|
| N/A | N/A |

2. Does the employer require a second U.S. diploma/degree? * ☐ Yes ☑ No

2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required §
N/A

3. Is training for the job opportunity required? * ☐ Yes ☑ No

| 3a. If "Yes" in question 3, specify the number of months of training required § | 3b. Indicate the field(s)/name(s) of training required § (May list more than one related field and more than one type) |
|---|---|
| 0 | N/A |

4. Is employment experience required? * ☑ Yes ☐ No

| 4a. If "Yes" in question 4, specify the number of months of experience required § | 4b. Indicate the occupation required § |
|---|---|
| 3 | 3 months of verifiable experience raking and baling pine stra |

5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity. *
SEE ADDENDUM

Extensive sitting, exposure to extreme temps, lifting requirements up to 60 lbs, repetitive movements, extensive pushing and pulling, extensive walking, frequent

**c. Place of Employment Information**

1. Worksite address 1 *
Rd

2. Address 2
N/A

| 3. City * | 4. County * |
|---|---|
| | Bacon |

| 5. State/District/Territory * | 6. Postal code * |
|---|---|
| GA | |

7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? * ☑ Yes ☐ No

7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to continue and complete a listing of all anticipated worksites. §

| State | Area Based On | Area |
|---|---|---|
| 1. Georgia | County/Township | BACON - SOUTH GEORGIA NONMETROPOLITAN AREA |
| 2. Georgia | Other | Alma, GA 31510 |
| 3. Georgia | Other | Rd, Alma, GA 31510 |
| 4. Georgia | Other | Lane, Alma,GA 31510 |
| 5. Georgia | Other | Rd, Alma, GA 31510 |

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

## G. Rate of Pay

1. Basic Rate of Pay Offered * From: $ 11 . 13 To (Optional): $ 0 .00

1a. Overtime Rate of Pay *(if applicable)* § From: $ 0 . 00 To (Optional): $ 0 . 00

2. Per: (Choose only one) * ☑ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☐ Year ☐ Piece Rate

2a. If Piece Rate is indicated in question 2, specify the wage offer requirements: §
N/A

3. Additional Wage Information (e.g., multiple worksite applications, itinerant work, or other special procedures). If necessary, add attachment to continue and complete description. §

SEE ADDENDUM

Work in both pine straw and blueberries are paid on a piece rate.

Pine straw is paid $1.00 per bale to rake, gather,

## H. Recruitment Information

1. Name of State Workforce Agency (SWA) serving the area of intended employment *
Georgia Department of Labor

| 2. SWA job order identification number | 2a. Start date of SWA job order * | 2b. End date of SWA job order * |
|---|---|---|
| | 01/18/2019 | 07/16/2019 |

3. Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment? * ☐ Yes ☑ No

| Name of Newspaper/Publication *(in area of intended employment for H-2B only)** | Dates of Print Advertisement § From: | To: |
|---|---|---|
| 4. The Press Sentinel | N/A | N/A |
| 5. N/A | N/A | N/A |

6. Referral and Hiring Information: Enter at least two verifiable methods by which prospective U.S. workers can contact the employer and apply for the job opportunity.

| a. Telephone Number to Apply * | b. Email Address to Apply * |
|---|---|
| | @gmail.com |

c. Website address (URL) to Apply *
N/A

Case Number: H-300-19028-907991 Case Status: CERTIFIED Validity Period: 03/15/2019 to 11/15/2019

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

**I. Declaration of Employer and Attorney/Agent**

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor. Applications that fail to attach Appendix A or Appendix B will be considered incomplete and not accepted for processing by the ETA application processing center.

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix A.** § | ☑ Yes ☐ No ☐ N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix B.** § | ☐ Yes ☐ No ☐ N/A |

**J. Preparer**

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |
| 4. Job Title § N/A | | |
| 5. Firm/Business name § N/A | | |
| 6. E-Mail address § N/A | | |

**K. U.S. Government Agency Use (ONLY)**

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed. By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from 03/15/2019 to 11/15/2019.

Certifying Officer
Department of Labor, Office of Foreign Labor Certification

03/05/2019
Determination Date (date signed)

H-300-19028-907991
Case number

CERTIFIED
Case Status

**Public Burden Statement (1205-0466)**

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1 hour to complete the form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Box 12-200 * 200 Constitution Ave., NW, * Washington, DC *. Please do not send the completed application to this address.

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

## ADDENDUM

ADDENDUM SECTION F.a.5: Additional Notes Regarding Job Duties

conditions, bending and reaching. Work is outside in extremely wet, humid, hot, and dirty conditions. 3 months verifiable experience required. . Repetitively walk, bend, reach, kneel, stoop, push, pull and lift and carry up to 60 lbs. Work is in inclement weather conditions including extremely hot, humid, cold, and/or rainy weather. Three months of verifiable farm-work experience required.

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

**ADDENDUM**

ADDENDUM SECTION F.b.5: Special Requirements

stooping. OT/Holiday is not mandatory.

Form ETA-9142A FOR DEPARTMENT OF LABOR USE ONLY Page 8 of 10

Case Number: H-300-19028-907991 Case Status: CERTIFIED Validity Period: 03/15/2019 to 11/15/2019

29

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

## ADDENDUM

ADDENDUM SECTION F.c.7: Additional Worksites

| State | Area Based On | Area |
| --- | --- | --- |
| 6. Georgia Other | Rd, Alma, GA 31510 | |
| 7. Georgia Other | er Rd, Alma, GA 31510 | |
| 8. Georgia Other | Rd, Alma, GA 31510 | |
| 9. Georgia Other | e Rd, Alma, GA 31510 | |
| 10. Georgia Other | l Hwy, Alma, GA 31510 | |
| 11. Georgia Coun | - SOUTH GEORGIA NONMETROPOLITAN AREA | |
| 12. Georgia Other | Rd, Nicholls, GA 31554 | |
| 13. Georgia Other | e Rd, Nicholls, GA 31554 | |
| 14. Georgia Other | s Rd, Nicholls, GA 31554 | |
| 15. Georgia Other | id Rd, Nicholls, GA 31554 | |
| 16. Georgia Other 1 | l Rd, Douglas, GA 31535 | |
| 17. Georgia Other | Rd, West Green, GA 31567 | |
| 18. Georgia Coun | - SOUTH GEORGIA NONMETROPOLITAN AREA | |
| 19. Georgia Other | Rd, Mershon, GA 31551 | |
| 20. Georgia County | - SOUTH GEORGIA NONMETROPOLITAN AREA | |
| 21. Georgia Other | s Rd, Waycross, GA 31503 | |

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**

## ADDENDUM

ADDENDUM SECTION G.3: Additional Wage Information

clean, sort, tie, and bale pine straw, with a minimum wage guarantee of $11.13 per hour.

Blueberries are paid $0.50 per pound to pick blueberries with a minimum wage guarantee of $11.13 per hour. All packing activities for blueberries are paid on an hourly rate of $11.13 per hour.

*OMB Approval: 1205-0466*
*Expiration Date: 5/31/2019*

## H-2A Application for Temporary Employment Certification

Form ETA-9142A – APPENDIX A
U.S. Department of Labor

**For Use in Filing Applications Under the H-2A Agricultural Program ONLY**

### A. Attorney or Agent Declaration

***I hereby certify that I am an employee of, or hired by, the employer listed in Section C of the Form ETA-9142A, and that I have been designated by that employer to act on its behalf in connection with this application. If I am an agent and not an employee of the employer, then I have attached a Letter of Representation from the employer. I also certify that to the best of my knowledge the information contained herein is true and correct.*** *I understand that to knowingly furnish false information in the preparation of this form and any supplement hereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in a Federal penitentiary or both (18 U.S.C. 1001).*

| 1. Attorney or Agent's last (family) name | 2. First (given) name | 3. Middle initial |
|---|---|---|
| 4. Firm/Business name<br>H-2Advisors, LLC | | |
| 5. E-Mail address<br>@outlook.com | | |
| 6. Signature | | 7. Date signed<br>03/07/2019 |

### B. Employer Declaration

*By virtue of my signature below, **I HEREBY CERTIFY** the following conditions of employment:*

1. The job opportunity is a full-time temporary position, the qualifications for which do not substantially deviate from the normal and accepted qualifications required by non-H-2A employers in the same or comparable occupations and crops.
2. The specific job opportunity for which the employer is requesting H-2A certification is not vacant because the former occupant(s) is (are) on strike or locked out in the course of a labor dispute involving a work stoppage.
3. The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship, and the employer has conducted and will continue to conduct the required recruitment, in accordance with regulations, and has been unsuccessful in locating sufficient numbers of qualified U.S. applicants for the job opportunity for which certification is sought. Any U.S. workers who applied or apply for the job were or will be rejected only for lawful, job-related reasons, and the employer must retain records of all rejections as required by 20 CFR 655.167.
4. The job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR 655, Subpart B.
5. The employer understands that it must offer, recruit at, and pay a wage that is at least the highest of the adverse effect wage rate in effect at the time the job order is placed, the prevailing hourly or piece rate, the agreed-upon collective bargaining rate (CBA), or the Federal or State minimum wage, and, furthermore, that if a new Adverse Effect Wage Rate is published, or the employer is notified of a new prevailing wage rate during the contract period, and that new rate is higher than the wage determined by the NPC (except the CBA) during the application process the employer will increase the pay of all employees in the same job occupation to the higher rate. For employers subject to the requirements at 20 CFR 655.200-235, the employer understands that it must offer, recruit at, and pay a wage that is at least the highest of the adverse effect wage rate, the agreed-upon CBA, or the applicable minimum wage rate set by Federal or State law or judicial action, for each month, or portion thereof, during the job order period.
6. There are no U.S. workers available in the area(s) capable of performing the temporary services or labor in the job opportunity, and the employer will conduct positive recruitment as specified by the NPC and continue to cooperate with the SWA by accepting referrals of all eligible U.S. workers who apply (or on whose behalf an application is made) for the job opportunity until completion of 50% of the contract period calculated from the first date of need indicated in Section B.5 of Form ETA-9142A.
7. All fees associated with processing the temporary labor certification will be paid in a timely manner.

OMB Approval: 1205-0466
Expiration Date: 5/31/2019

# H-2A Application for Temporary Employment Certification

Form ETA-9142A – APPENDIX A
U.S. Department of Labor

8. During the period of employment that is the subject of the labor certification application, the employer:
   (i) Will comply with applicable Federal, State and local employment-related laws and regulations, including employment-related health and safety laws;
   (ii) Will provide for or secure housing for workers who are not reasonably able to return to their permanent residence at the end of the work day that complies with the applicable local, State, or Federal standards and guidelines for housing without charge to the worker;
   (iii) Where required, has timely requested a preoccupancy inspection of the housing and received certification;
   (iv) Will provide insurance, without charge to the worker, under a State workers' compensation law or otherwise, that meets the requirements of 20 CFR 655.122(e).
   (v) Will provide transportation in compliance with all applicable Federal, State or local laws and regulations between the worker's living quarters (i.e., housing provided by the employer under 20 CFR 655.122(d) and, if applicable, 655.230) and the employer's worksite without cost to the worker.
   (vi) Will provide all tools, supplies, and equipment required to perform the duties, without charge to the worker.
   (vii) Will provide meals and potable water, without charge to the worker, if subject to the requirements at 20 CFR 655.200-235.

9. The employer has not laid off and will not lay off any similarly employed U.S. worker in the occupation that is the subject of the H-2A Application for Temporary Employment Certification in the area of intended employment except for lawful, job related reasons within 60 days of the date of need, or if the employer has laid off such workers, it has offered the job opportunity that is the subject of the application to those laid-off U.S. worker(s) and the U.S. worker(s) refused the job opportunity, was rejected for the job opportunity for lawful, job-related reasons, or was hired.

10. The employer and its agents have not sought or received payment of any kind from the H-2A worker for any activity related to obtaining labor certification, including payment of the employer's attorneys' fees, application fees, or recruitment costs. For purposes of this paragraph, payment includes, but is not limited to, monetary payments, wage concessions (including deductions from wages, salary, or benefits), kickbacks, bribes, tributes, in kind payments, and free labor.

11. The employer has and will contractually forbid any foreign labor contractor or recruiter whom the employer engages in international recruitment of H-2A workers to seek or receive payments from prospective employees, except as provided for in DHS regulations.

12. The employer has not and will not intimidate, threaten, restrain, coerce, blacklist, or in any manner discriminate against, and has not and will not cause any person to intimidate, threaten, restrain, coerce, blacklist, or in any manner discriminate against, any person who has with just cause:
   (i) Filed a complaint under or related to Sec. 218 of the INA (8 U.S.C. 1188), or any Department regulation promulgated under Sec. 218 of the INA;
   (ii) Instituted or caused to be instituted any proceeding under or related to Sec. 218 of the INA, or any Department regulation promulgated under Sec. 218 of the INA;
   (iii) Testified or is about to testify in any proceeding under or related to Sec. 218 of the INA or any Department regulation promulgated under Sec. 218 of the INA;
   (iv) Consulted with an employee of a legal assistance program or an attorney on matters related to Sec. 218 of the INA or any Department regulation promulgated under Sec. 218 of the INA; or
   (v) Exercised or asserted on behalf of himself/herself or others any right or protection afforded by Sec. 218 of the INA, or any Department regulation promulgated under Sec. 218 of the INA.

13. The employer has not and will not discharge any person because of that person's taking any action listed in paragraph 12(i) through (v) listed above.

14. The employer will inform H-2A workers of the requirement that they leave the U.S. at the end of the period certified by the Department or separation from the employer, whichever is earlier, as required under 20 CFR 655.135(i), unless the H-2A worker is being sponsored by another subsequent employer.

15. The employer has posted the Notice of Workers' Rights as required by 20 CFR 655.135(l) in a conspicuous place frequented by all employees,

16. If the application is being filed as an H-2A Labor Contractor the following additional attestations and obligations apply under 20 CFR 655.132:
   (i) The H-2A Labor Contractor has provided a copy of the MSPA Farm Labor Contractor (FLC) certificate of registration if required under MSPA, 1801 U.S.C. et seq., to have such a certificate identifying the specific farm labor contracting activities it is authorized to perform;
   (ii) The H-2A Labor Contractor has provided with this application a list of the names and locations of each fixed-site agricultural business to which the H-2A Labor Contractor expects to provide H-2A workers, the expected beginning and ending dates when the H-2A Labor Contractor will be providing the workers to each fixed site, and a description of the crops and activities the workers are expected to perform at such fixed site;
   (iii) The H-2A Labor Contractor is able to provide proof of its ability to discharge financial obligations under the H-2A program and has secured a surety bond as required by 29 CFR 501.9, the original of which is attached and shows

Form ETA-9142A – Appendix A TO BE COMPLETED BY EMPLOYER FROM A CERTIFIED FORM ETA-9142A Page A.2 of A.3

Case Number: H-300-19028-907991 Case Status: CERTIFIED Period of Employment: 03/15/2019 to 11/15/2019

33

*OMB Approval: 1205-0466*
*Expiration Date: 5/31/2019*

**H-2A Application for Temporary Employment Certification**

Form ETA-9142A – APPENDIX A
U.S. Department of Labor

the name, address, phone number, and contact person for the surety, and provides the amount of the bond (as calculated pursuant to 29 CFR 501.9);

(iv) The H-2A Labor Contractor has engaged in and will engage in recruitment efforts in each area of intended employment in which it has listed a fixed-site agricultural business as required in 20 CFR 655.121, 655.150-155 and 655.215; and

(v) The H-2A Labor Contractor has obtained from each fixed-site agricultural business that will provide housing or transportation to the workers a written statement stating that:

a. All housing used by workers and owned, operated, or secured by the fixed-site agricultural business complies with the applicable housing standards in 20 CFR 655.122(d) and, if applicable, 655.235; and

b. All transportation between the worksite and the workers' living quarters that is provided by the fixed-site agricultural business complies with all applicable Federal, State, or local laws and regulations and will provide, at a minimum, the same vehicle safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR part 500, except where workers' compensation is used to cover such transportation as described in § 655.122(e); and

c. Attach to the statement certificates of occupancy from the SWA for all employer owned housing and copies of all drivers' licenses, vehicle registration, and insurance policies for all drivers and vehicles used to transport H-2A workers.

**I hereby acknowledge** that the agent or attorney identified in section E (if any) of the Form ETA-9142A and section A above is authorized to represent me for the purpose of labor certification and, by virtue of my signature in Block 5 below, **I take full responsibility** for the accuracy of any representations made by my agent or attorney.

**I declare** under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge the information contained therein is true and accurate. *I understand that to knowingly furnish false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by a $250,000 fine or 5 years in the Federal penitentiary or both (18 U.S.C. 1001).*

| 1. Last (family) name | 2. First (given) name | 3. Middle initial |
|---|---|---|
| 4. Title<br>FLC | | |
| 5. Signature | | 6. Date signed<br>03/07/2019 |

**Public Burden Statement**

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1 hour to complete the form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification • U.S. Department of Labor • Box 12-200 • 200 Constitution Ave., NW, • Washington, DC • 20210. **Please do not send the completed application to this address.**

NOEAG-1 OP ID: NVW

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 01/28/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
The Farmers Agency, Inc
114 North Johnson St
Ashburn, GA 31714

CONTACT NAME:
PHONE (A/C, No, Ext): FAX (A/C, No):
E-MAIL ADDRESS:

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Technology Insurance Co. | |
| INSURER B: National Indemnity Company | |
| INSURER C: United Specialty Insurance Com | |
| INSURER D: NATIONAL FIRE & MARINE | |
| INSURER E: | |
| INSURER F: | |

INSURED
[illegible] GA

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| C | X COMMERCIAL GENERAL LIABILITY | | | | 07/25/2018 | 07/25/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED / RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | 11/03/2018 | 11/03/2019 | X PER STATUTE / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

CERTIFICATE HOLDER

USDPTCA

U S Department of Labor
Wage & Hour Division - Administration
200 Constitutional Ave NW
RD 5-3502
Washington, DC 20210

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2016/03)

© 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



Department of the Treasury
Internal Revenue Service
Cincinnati, Oh 45999

In reply refer to: 0231174152
Nov 06, 2017 LTR 147C

BLACKSHEER GA 31516-3558 580

Taxpayer Identification Number:

Form(s):

Dear Taxpayer:

Thank you for your telephone inquiry of November 6th, 2017.

Your Employer Identification Number (EIN) is . Please keep this letter in your permanent records. Enter your name and your EIN on all business federal tax forms and on related correspondence.

If you have any questions regarding this letter, please call our Customer Service Department at 1-800-829-0115 between the hours of 7:00 AM and 7:00 PM. If you prefer, you may write to us at the address shown at the top of the first page of this letter. When you write, please include a telephone number where you may be reached and the best time to call.

Sincerely,

Contact Representative

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 09-05-2018

Employer Identification Number:

Form: SS-4

Number of this notice: CP 575 G

H-2ADVISORS LLC

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is H-2A. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

Control Number

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

## CERTIFICATE OF ORGANIZATION

I, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**H-2Advisors, LLC**
**a Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **09/05/2018** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **09/05/2018**.

Secretary of State

H-2Advisors, LLC

**AGREEMENT**

This AGREEMENT is entered into this 8th day of January , 2019 by and between H-2Advisors, LLC a labor consulting firm in the state of Georgia, hereinafter referred to as "H-2Advisors, LLC, and FLC - ______, hereinafter referred to as the **"Client"**

**NOW THEREFORE,** for valuable consideration, including, but not limited to the terms of this agreement, the parties agree as follows:

H-2Advisors, LLC will prepare and process forms and documents required pursuant to applicable laws and regulations of the United States Department of Labor (USDOL) and United States Citizenship and Immigration Services (USCIS) and other Federal and State government agencies to complete and process forms and documents necessary to process workers from other countries under the United States Guest worker program as established by 8 USC Sec. 1101 (a) (15) (H) (ii) (b) and commonly known as the H-2A program.

H-2Advisors, LLC will maintain all contacts directly with the United States Department of Labor and the United States of Citizenship and Immigration Services and other federal and state government agencies necessary to complete and process the application, so that the Client can participate in the H-2A program for the purpose of this agreement.

The Client agrees to pay timely any judgement or penalty entered against the Client and to indemnify and hold harmless H-2Advisors, LLC from any liability or judgement arising out of the Clients violation of its obligations and under applicable law or regulation (including, but not limited to, Title 20 of the Code of Federal Regulations and all applicable parts therefore), the job order or the work agreement and any attorney fees and costs incurred by H-2Advisors, LLC or other clients in defending against such claim. The Client agrees to provide truthful information on all applications and statements to H-2Advisors, LLC and any corresponding Federal Agency.

Client acknowledges that, due to the uncertainties arising from changing or subjective laws and political situations, as well as economic and societal conditions outside the control of H-2Advisors, LLC, H-2Advisors, LLC may be unable to complete or otherwise fulfill the requirements of Clients with respect to either the number of workers to be provided by H-2Advisors, LLC and/or the time in which said workers can be recruited.

Clients acknowledges that H-2Advisors, LLC are not engaged in rendering legal, accounting, or other professional services. In giving advice H-2Advisors, LLC is only expressing their opinion and or experience in a field. H-2Advisors, LLC believes most employers benefit from legal counsel; H-2Advisors, LLC encourages the customer to retain a licensed professional for such.

The Client agrees to comply timely with all policies, procedures and schedules established by the H-2Advisors, LLC., which it considers essential for compliance with the laws and regulations, successful participation and for the proper operation of the H-2A program.

H-2Advisors, LLC

The Client agrees to comply with all the terms and conditions of employment made by the H-2Advisors, LLC., on the Clients behalf local job order. The Client agrees to familiarize themselves with the terms and conditions of employment in the job order with all obligations imposed on the Client as an employer of U.S. and/or H2A workers found in applicable law and regulations, including without limitations, those at 20CFR 655, Subpart B.

The Client authorizes and designates H-2Advisors, LLC to place required classified employment advertisements as required by the United States Department of Labor on behalf of the Client so that the Client may follow Federal Regulation. The Client agrees that it is solely soliciting employees as required by Federal Regulation and the Client has reviewed the required classified advertisement and approved of its content. I the Client, am soliciting employees for myself as required by Federal law.

The Client will interview candidates referred by SWA and will contact former U.S. workers. The Client agrees to conduct any additional recruitment if directed by the Certifying Officer.

The Client agrees to pay all H-2A workers the required prevailing wages pursuant to applicable federal and state laws, including but not limited to the regulatory requirements established by the United States Department of Labor. Provide workers with written statements of the workers total earnings, hourly rate, hours worked, and itemization of all deductions made from the worker's wages.

The Client agrees to provide Workers compensation, pay for transportation to and from housing to worksites. If the worker completes 50% of the contract the worker will be reimbursed their transportation and other charges the worker incurred in traveling to the Client's job site.

The Client agrees to employ H-2A workers only in those locations specified in the approved job order (ETA-9142)

In entering this agreement, the Client acknowledges that neither Client nor anyone acting on Client's behalf is relying on any representation or statement of H-2Advisors, LLC or those acting on its behalf, apart from the specific representations and commitments contained in this agreement.

-LC
Rd.
, GA 31516
Phone:

H-2Advisors, LLC
, GA
Phone:
Fax:

# NON RECORDS SIDE

# Decision Processing Worksh[eet]

03/11/2019 WAC-19-140-50982 WACHTV03

| Officer Name: / Officer Stamp | | Receip[t] |
|---|---|---|

| Classification: H1B: Affiliation EOS COS | Classification: E (H2) H3 L1A L1B O P Q R | Section: EB1-2 | Team: 4 | WS: 22524-A |
|---|---|---|---|---|

**Action:**

| (Approval) ☐ ~~No Record~~ ☐ Pending Name Check ☐ Abandonment ☐ Withdrawal ☐ Termination | ☐ MTR ☐ Appeal ☐ Certified Decision | ☐ RFE Initial ☐ RFE Initial with FEE ☐ RFE Additional ☐ RFE Additional with FEE ☐ RFE Initial & Additional ☐ RFE Initial & Additional w/ FEE ☐30 ☐42 ☐84 ☐87(DACA) | ☐ Revocation ☐ Auto-terminate ☐ Auto-revocation ☐ Relocate | ☐ Denial ☐ ITD ☐ NOID 33 (DACA) ☐ ITR/NOIT ☐ CFDO Shelf ☐Pre ☐Post |
|---|---|---|---|---|

| Initials/Date: SO 3/13/19 | 2nd Review Initials/Date: | 3rd Review Initials/Date |
|---|---|---|

**I-129 H2A Expedite Processing:**

| Date Received: 03-11-19 | # of Un-Named Beneficiaries: 250 | # of Named Beneficiaries: |
|---|---|---|
| Officer Received Date: | AST Action Completed: | |

**I-129 PP Processing H-1B CAP☐ Master CAP ☐**

| [Of]ficer Prepares or [C]ompletes (Notice Ordered) RFE/30/42/84 ☐ ITD/30 ☐ ITR/30 ☐ | Clerical/Officer Completes RFE/ITD/ITR (Notice Sent) | RFE/ITD/ITR Response Received | Officer Completes Final Decision (Notice Ordered – Approval/Denial) | (Clerical)/Officer Completes Final Action (Notice Sent) |
|---|---|---|---|---|
| (1st Initial & Last Name) | (1st Initial & Last Name) | (1st Initial & Last Name) | (1st Initial & Last Name) | (1st Initial & Last Name) |
| (Date & Time) | (Date & Time) | (Date & Time) | (Date & Time) | MAR 13 2019 (Date & Time) |

| Mailer Enclosed? Y (N) | SCAO Review: | Final Decision: |
|---|---|---|

**Officer's Comment:**

DUPLICATE PETITION INCLUDED: YES NO
Verified applicable PL 114-113 fee paid and VIBE Comments: YES NO
H2A RFES done in ECHO

SKELETAL DENIAL: Petition filed after 6/17/07 and C3 verified (no other petition filed on the same day with evidence)
I-130 filed <2 years from adjudication date Not from Haiti/Cuba/Iraq/Japan ACD Concur

| Senior Advisory Opinion/Comments: | Supervisor Review and Comments: | | |
|---|---|---|---|
| Initials/Date: | 1st Review Initials/Date: | 2nd Review | 3rd Review |

Officer/Clerical Processing Completed: Initials: Date: MAR 13 2019
[V]IP PETITION PULLED by ISO: (YES) NO Duplicate sent to KCC: YES (NO)

**File Room Processing**

**To: 103 Hold Shelf**
**Call-Up Date:** ______

Rev 2/21/2017

CLAIMS 3 Receipting I129 PETITION FOR A NONIMMIGRANT WORKER For Official Use Only.

File Void Remove Hold Reprint Bar Code Options Reprint Notices Fee Tracking Help

LEGEND : Mandatory Field - **Bold** Error Icon - Warning Icon -

**Receipt # WAC-19-140-50932** **Receipting**

ceived Date 03/11/2019

Cancel | Save | Clear All | History

Part 1: Information about the employer filing this petition.

| | Last | First | Middle |
|---|---|---|---|
| Name | | | |

Firm

C/O H 2ADVISORS LLC

Street AVE

Zip City State GA

Province Postal Code Country

Contact Info. ☑ View/Edit

IRS Tax#/FEIN Pre-Certification ☐

Part 2: Information about this petition

**1. Nonimmigrant Class** H2A

Job Code 500

Attachments? ☐ G-28 View/Edit ☑ Beneficiaries View/Edit ☐ Premium Processing View/Edit ☐ Send to Clerical

Signature ☑

Receipting | Version: 18.4 | Monday, Mar 11 2019 18:54 | Case Owner: WAC | User Name: CIS1\HTVO

3/13/19
Not subject to VIBE.
SO



History
History Status
NFTS Information
Audit Information
Notices
Receipt #: WAC-19-140-50982
Action Date/Time
Action Description
Individual
Recording Office
3/11/2019 6:54 PM
RECEIVED
VO
WAC
Close

FOR O

Vorker(s)

Worker(s)

A-Number A_______ Status Violation Date __/__/____

Add | Update | Delete | Undo | Clear

| | Last | First | Middle |
|---|---|---|---|
| Name | UNNAMED WORKERS | TWO HUNDRED | FIFTY |

COB ____ DOB __/__/____ SSN ___-__-____ COC ____

Gender ____

Date of Arrival: __/__/____

I-94 #: ___-________ Current Status ____

Status Expires On __/__/____

SEVIS From: N________

| | | | |
|---|---|---|---|
| Passport #: | | Country of Issuance: | |
| | | Passport Expires On: | __/__/____ |
| Travel Document #: | | Travel Document Expires On: | __/__/____ |

| Seq | Action | Name | DOB | A-Number | COC |
|---|---|---|---|---|---|
| 1 | | TWO HUNDRED FIFTY UNNAMED... | | | |

Ok | Cancel