# EXHIBIT 3

FPA # 131

## CONTACT LOG

\*\* ☐ E-mail Correspondence Attached \*\*

| ☐ End Client Verification Adjust Status Here | ☐ Property Management Adjust Status Here | ☐ Petitioner Verification Adjust Status Here | ☐ Venue Verification Adjust Status Here |

**Agent:**                 **Receipt:** WAC1914050982

**Petitioner:**           **Visa Class:** H2A

---

## CASE SUMMARY

---

## CASE NOTES

### Company Contacted / Relationship

03APR2019: KCC FPU received email from        , owner of     reported his farm had fields at the following locations where he expected workers:

**In Coffee County, GA:**     farm: at GPS coordinates 31.481425 X -82.597435: 24 acres of rabbit eye blueberries and 5 acres of high bush high density bed blueberries.     farm: at GPS coordinates 31.492374 X -82.632100: 50 acres high bush high density beds blueberries and rows.     : 31.563610 X -82.710413 15 acres high bush high density bed blueberries and rows; 9 acres rabbit eye blueberries.

**In Bacon County, GA:**     farm: at GPS coordinates 31.532303 X -82.481241 20 acres rabbit eye blueberries.     farm: at GPS coordinates 31.536254 X -82.378156 20 acres rabbit eye blueberries.     farm: at GPS coordinates 31.622818 X -82.368834 6 acres high bush high density bed blueberries, 10 acres rabbit eye blueberries

**In Appling County, GA:**     farm: at GPS coordinates 31.782494 X -82.302168 50 acres high bush row blueberries, 100 acres rabbit eye blueberries.

02APR2019 at approximately 7:35 am: KCC FPU called     and spoke with    , owner of    .     reported his farm had used H2A workers for about 4 years and had recently doubled the number of workers requested, with two petitions being filed by contractors in 2019 for a total of 175 workers.     was spread across several GA counties and hired two different contractors to cover their labor needs, with a request

FPA # 131

with                            for 100 workers and a separate request with           LLC for 75 workers.

The farm had 400 acres of blueberries, about equally divided between high-bush and rabbit eye, and needed workers starting in the second week of APR through early to mid-JUN, approximately 8 weeks of harvest. The workers are tasked with planting new blueberry bushes, laying irrigation, and harvesting the crop. The farm had eight different locations spread across three counties in GA.          advised he would provide the exact locations via email.

         reported the contractors will cover lodging and transport for the workers. He understood          was lodging workers in the      Hotel but was unsure of any arrangements made for the          LLC workers.

---

**Company Contacted / Relationship**

---

**Company Contacted / Relationship**

---

**\*\*End of Contact Log\*\***

---

**PIMS Notes**