# EXHIBIT 4

Grower Name: _____

Address: _____.

Phone #: _____

11/14/2018

To Whom It May Concern:

This is a fully executed work contract agreement between the grower _____ and the

FLC – _____ to work on my farm. My farm is located at:

_____ Rd. _____ ga.

I plan to hire **250** workers from FLC – _____, starting ~~February~~ March 15, 2019 through ~~October~~ 15, 2019.
November

(BB)

The workers will be doing the following job description:

Sorting, grading, picking, packing, weeding, loading, unloading, planting, pruning blueberries.

Installing and/or repairing irrigation lines, laying mulch in blueberry fields.

All tools will be provided at no costs to the workers.

The fixed worksite field locations are at the following location (s):

*. _____ Rd. _____ ga. ____

① * 31.532389, -82.482599. (G.P.S.)  ⑥ * 31.566360, 82.704511 (GP.S)
② * 31.536751, -82.377182 (GP.S)    ⑦ * 31.364263, -82.551387
③ * 31.623745 -82.370899 (GP.S)     ⑧ * 31.502654, -82.641352
④ * 31.530437 -82.309332 (GP.S)     ⑨ * 31.495352 - 82.8990053
⑤ 31.482064 - 82.598335 (GP.S)

_____     _____
       - Grower                         FLC -

\* please see attached pg for addresses of the GPS coordinates.

① * 31.532389, -82.482599

GA 31510

② * 31.536751, -82.377182

, GA 31510

③ * 31.623745, -82.370899

., GA 31510

④ * 31.530437, -82.309832

, GA 31551

⑤ * 31.482069, -82.598335

GA 31554

⑥ * 31.566360, -82.704511

GA 31554

⑦ * 31.364263, -82.551387

GA 31503

⑧ * 31.502659, -82.641352

GA 31554

⑨ * 31.495352, -82.8990053

GA 31535

---

Field Sites for
GPS Coordinates converted into physical addresses