UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 5:21-CR-009-20 |
| BRETT DONAVAN BUSSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO FILE EXHIBITS 1-10 OF DEFENDANT'S MOTION TO SUPPRESS WIRETAP EVIDENCE UNDER SEAL

COMES NOW Defendant Brett D. Bussey and files this his Unopposed Motion to File Exhibits 1-10 of Defendant's Motion to Suppress Wiretap Evidence Under Seal and shows this Court the following:

Exhibits 1-5d to Mr. Bussey's Motion to Suppress Wiretap Evidence are the Affidavits and Orders In Support of Applications For Interception of Wire and Electronic Communication and Search Warrant and contain sensitive investigative information which is not appropriate for public view. Mr. Bussey therefore requests that Exhibits1-5d to his Motion be filed under seal.

Exhibits 7, 8 & 9 are exhibits of the Confidential Source's criminal history and support Mr. Bussey's claims. Mr. Bussey requests that those exhibits be sealed to protect the identity of the government's informant.

Exhibits 6 & 10 are audio recordings of Mr. Bussey and the CS from April and August, 2019, and requests that those exhibits be sealed to protect the identity of the informant.

Under Local Civil Rule 79.7, made applicable to criminal cases in Local Criminal Rule 1, Mr. Bussey asks to file these documents under seal since they contain information appropriate for the Court's consideration but not for public view. *Accord*, *McKenzie v. Staten*, 2020 WL 5638621, *5-6 (S.D. Ga. September 3, 2020). Given the nature of the information, Mr. Bussey asks that the record be sealed permanently under Rule 79.7(e).

Counsel for Mr. Bussey has consulted with AUSA Tania Groover who has no objection to this Motion to Seal Exhibits 1-10 to his Motion to Suppress Wiretap Evidence.

Respectfully submitted this the 18th day of July, 2023.

                                                              */s/Thomas A. Withers*
                                                              Thomas A. Withers, Esq.
                                                              Georgia Bar Number: 772250
                                                              Attorney for Defendant Brett Bussey

**GILLEN, WITHERS & LAKE LLC**
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile: (912) 629-6347
E-Mail: Twithers@gwllawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 18th day of July, 2023.

                Gillen, Withers & Lake, LLC

                ***/s/ Thomas A. Withers, Esq.***
                Thomas A. Withers, Esq.
                Georgia Bar Number: 772250
                Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@gwllawfirm.com

3