# EXHIBIT 11

MOI Brett BUSSEY

On 10 September 2019, SA Greg Johnson, U.S. Dept of State, Diplomatic Security Service, assigned as the Regional Security Officer – Investigations (RSO-I) in Monterrey, interviewed Brett BUSSEY at U.S. Consulate Monterrey Mexico. Brett BUSSEY, tele# (706) 340 – 4465, email address; Brett.bussey1201@outlook.com. At no time did Special Agent Greg Johnson identify as a law enforcement agent. Identification provided was as a representative of the U.S. Consulate, as a consular employee. In addition, Consular Officer Morgan Miles was present during the first ten (10) minutes of the discussion to address any technical questions regarding the petition.

BUSSEY voluntarily requested an interview with a representative of the consular section to discuss the status of several H2 petitions. BUSSEY stated he is the sole owner and operator of AG Advisor in South Georgia, USA. BUSSEY further stated he was in Monterrey, MX for a limited time before returning to the U.S. BUSSEY expressed concern with the terminology expressed to H2 applicants, "Administrative processing." BUSSEY stated he did not understand "administrative processing" and wanted an explanation, therefore he flew to Monterrey for the sole reason of talking to U.S. Consulate Consular officers about the revocation of petitions.

BUSSEY further stated he was new at the process concerning applicants and the process for H2 visas. However he was significantly familiar with the process of Foreign Labor Contractor (FLC's) who file work petitions for workers that provide labor to farmers in the U.S. BUSSEY stated he worked for the U.S. Government for over 10 years with the state of Georgia Department of Labor as a housing inspector. BUSSEY began to site the standards concerning living conditions for workers and other facts concerning the process. BUSSEY stated he carried his knowledge from his employment with the USG and opened his own business, AG advisor.

BUSSEY stated he advises farmers not only about housing requirements but also how to file the paperwork and almost anything related to getting workers to the U.S. BUSSEY stated he was not familiar with the recruitment process of workers and stated when asked about contractors charging workers fees prior to getting placed on a petition and or arriving in the U.S. BUSSEY's answer was vehemently "no" and that its is illegal to do so and he has never been a part of the process because it is illegal. BUSSEY then stated farmers can charge workers for small insignificant items but not for items farmers are required to provide, like housing.

BUSSEY asked consular officer Morgan about the ways an application enters into the administrative holding process or specific reason. The consular officer told BUSSEY the following; 1.If something-were missing from the application, 2. More documentation needed to clarify the applicants participation, 3. Possibility of fraud, 4. The possibility the applicant was being exploited, 5. If the applicant used a document vendor to assist with the process, 6. The I-7129 has errors the attorney needs to complete. SA Johnson asked BUSSEY if he was familiar with FLC's and contractors charging fees in order for workers to be placed on a petition and or come to the U.S. BUSSEY emphatically stated it was illegal and he has never taken part of charging workers because it is illegal. Furthermore, BUSSEY stated he was not familiar with the recruiting process of workers from others countries to the US in support of petitions.

BUSSEY further stated he was always open to hearing for the U.S. Consulate in the event any of the pettions he supports needs additional information. The session ended amicably.