UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 5:21-CR-009-20 |
| BRETT DONAVAN BUSSEY, | ) | |
| | ) | |
| Defendant. | ) | |

### **UNOPPOSED MOTION TO FILE EXHIBITS 1-7 OF DEFENDANT'S MOTION TO SUPPRESS NOVEMBER 16, 2021 SEARCH OF 410 WEST 6th STREET, TIFTON, GEORGIA AND COMPUTERS AND ELECTRONIC DEVICES**

COMES NOW Defendant Brett D. Bussey and files this his Unopposed Motion to File Exhibits 1-7 of Defendant's Motion to Suppress November 16, 2021 Search of 410 West 6th Street, Tifton, Georgia and Computers and Electronic Devices and shows this Court the following:

Exhibits 1, 2, 3 and 4 to this Motion to Suppress are the Application, Attachments, Affidavit and Search Warrant, In Support of an Application For a Search Warrant and contain names and address of various individuals under investigation.

Exhibit 5 is a Petition which contains personal information of J.R.[1]

---

[1] The name of this individual is redacted in this motion because the individual is not named as a defendant in this matter.

Exhibits 6 and 7 are a Department of Labor letter and form which also contains personal information of J.R.

All these documents contain sensitive investigative information not appropriate for public view.

Mr. Bussey therefore requests that Exhibits 1-7 to his Motion to Suppress November 16, 2021 Search of 410 West 6th Street, Tifton, Georgia and Computers and Electronic Devices be filed under seal.

Under Local Civil Rule 79.7, made applicable to criminal cases in Local Criminal Rule 1, Mr. Bussey asks to file these documents under seal since they contain information appropriate for the Court's consideration but not for public view. *Accord*, *McKenzie v. Staten*, 2020 WL 5638621, *5-6 (S.D. Ga. September 3, 2020). Given the nature of the information, Mr. Bussey asks that the record be sealed permanently under Rule 79.7(e).

Counsel for Mr. Bussey has consulted with AUSA Tania Groover who has no objection to this Motion to Seal Exhibits 1-7 to his Motion Suppress November 16,

2021 Search of 410 West 6th Street, Tifton, Georgia and Computers and Electronic Devices.

Respectfully submitted this the 14th day of August, 2023.

**WITHERS LAW FIRM PC**

<u>/s/Thomas A. Withers</u>
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett Bussey

8 East Liberty Street
Savannah, Ga. 31401
Telephone: (912) 447-8400
Facsimile: (912) 629-6347
E-Mail: <u>Twithers@witherslawfirmpc.com</u>

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 14th day of August, 2023.

                                        WITHERS LAW FIRM PC

                                      ***/s/ Thomas A. Withers, Esq.***
                                      Thomas A. Withers, Esq.
                                      Georgia Bar Number: 772250
                                      Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com