UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 5:21-CR-009-20 |
| BRETT DONAVAN BUSSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, Thomas A. Withers, as counsel for Brett D. Bussey, Defendant in the above styled proceeding, and respectfully requests a leave of absence from the Court pursuant to Local Rule 83.9 for January 25 & 26, 2024, February 27, 2024, through and including March 3, 2024, and May 10, 2024 for personal leave.

Respectfully submitted, this the 6th day of December, 2023.

WITHERS LAW FIRM PC

*/s/Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar No: 772250
Attorney for Defendant Brett Bussey

8 East Liberty St.
Savannah, GA 31401
(912) 447-8400

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 6th day of December, 2023.

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett D. Bussey

Withers Law Firm PC
8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
E-Mail: Twithers@witherslawfirmpc.com