UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NUMBER: |
| | ) | 5:21-CR-009-20 |
| BRETT DONAVAN BUSSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT BRETT BUSSEY TO FILE EXPERT WITNESS DISCLOSURES**

COMES NOW BRETT D. BUSSEY, ("Mr. Bussey"), Defendant herein, and files this Unopposed Motion for Extension of Time for Defendant Brett Bussey to File Expert Witness Disclosures and shows this Court the following:

**I.      Relevant Procedural History.**

On October 5, 2021, Defendant Brett D. Bussey, along with 23 others, were indicted and charged with multiple counts of Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349, Mail Fraud, in violation of 18 U.S.C. § 1341, Conspiracy to Engage in Forced Labor, in violation of 18 U.S.C. § 1589, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h). Mr. Bussey was also charged with Tampering with a Witness, in violation of 18 U.S.C. § 1512. Doc. # 3.

This Court entered an Order on November 29, 2021, indicating the Pretrial Motions were due on or before May 17, 2022. Doc. # 152.

After a bond hearing on December 1, 2021, Mr. Bussey was released on a $50,000 bond secured by a 3rd party security and other conditions. Doc. # 167.

On January 11, 2022, this Court entered an Amended Scheduling Order, doc. # 270, indicating that Pretrial Motions were to be filed on or before July 5, 2022.

On January 31, 2022, Mr. Bussey filed a Rule 16 and 404(b) motion. Doc. # 291 & # 292.

On April 8, 2022, the Government filed a Motion to designate the case as Complex and to Exclude Time under the Speedy Trial Act. Doc. # 360. On April 11, 2022, this Court granted that motion. Doc. # 364. The Government also produced Discovery 1 on this date.

The Government filed an Unopposed Motion for Additional Time to File Pretrial Motions on June 24, 2022. Doc. # 424.

An Amended Scheduling and Discovery Order was entered by this Court on July 1, 2022, indicating that Pretrial Motions were due on or before November 2, 2022. Doc. # 429.

The Government produced Discovery 2, 3, 4 and 5 on July 11, 2022.

On August 10, 2022, the Government produced Discovery 6 and 7.

On October 10, 2022, the Government produced Discovery 8, 9, 10 and 11.

Over the course of 2023, the Government produced Discovery 12, 13, 14, 15, and 16.

On October 28, 2022, the parties filed a Joint Motion for Additional Time to File Pretrial Motions.  Doc. # 461.  This Court conducted a Status Conference on November 11, 2022, and granted the motion and the Pretrial Motions deadline was scheduled for May 9, 2023.  Doc. # 486.

After a telephonic Status Conference on March 10, 2023 in which the Defendants, once again, requested an extension to file Pretrial Motions, this Court entered an Amended Scheduling & Discovery Order extending the Pretrial Motion deadline to July 14, 2023.  Doc. # 551.

On that same day, Mr. Bussey filed a Motion for Identification of Specific Documents which the Government Expects to Introduce in its Case-In-Chief at Trial.  Doc. # 549.

On April 28, 2023, a Telephonic Status Conference was held and the Defendants, with the exception of Mr. Bussey, requested another Pretrial Motion extension due to the Government still putting together a "load file" for the defendants.  Doc. # 568.

Another Telephonic Status Conference was held on June 2, 2023 in which the defendants, again with the exception of Mr. Bussey, requested a Pretrial Motion extension.  Doc. # 597.

On June 9, 2023, this Court entered another Amended Scheduling Order indicating all Pretrial Motions were due on October 2, 2023, and the Government Expert Disclosures were due on June 14, 2023.  Doc. # 603

The Government filed a Motion for Extension of Time to File Expert Witness Disclosures and 404(b) Motions on June 14, 2023. Doc. # 607.  This Court entered an Amended Scheduling & Discovery Order on June 22, 2023, making the Government's Expert Witness Disclosures due on August 14, 2023.  Doc. # 614.

On July 12, 2023, Mr. Bussey filed a Motion to Dismiss Counts 4-7, doc # 631, Motion to Dismiss Count 53, doc. # 632, and Motion for Bill of Particulars, doc. # 633.  On July 13, 2023, Mr. Bussey filed a Motion to Suppress Aug. 14, 2019 Search Warrant on Microsoft, doc. # 637, Motion for Severance, doc. # 639, and Motion for Return of Seized Property- Suntrust Account, doc. # 640.  Thereafter, on July 18, 2023, Mr. Bussey filed a Motion to Suppress Wiretap Evidence.  Doc. # 651.  On August 17, 2023, Mr. Bussey filed a Motion to Suppress November 16, 2021 the search of 410 W. 6th St., Tifton, Ga., and computers and electronic devices. Doc. # 694.

Another Amended Scheduling Order was entered on September 15, 2023, doc. # 721, indicating that Pretrial Motions and Defense Expert Disclosures were due on December 15, 2023.

As this Court has recognized, the Government has produced more than 16 terabytes of data, doc. # 735, p. 5, and the Eclipse database has just been made available to defense counsel in recent months. *Id.* at 8-9.

II. **Argument and Citation of Authority.**

Defense counsel has diligently engaged in the timely review of discovery, and timely filing of pretrial motions in a case that has extended for two years. Given the volume of discovery and the complexity of many of the pretrial issues, counsel for Mr. Bussey requests an additional 90 days to file the defendant's expert disclosures.

Good cause exists for the granting of another 90 days. In the context of civil discovery, Federal Rule of Civil Procedure 16(b)(4) provides that scheduling orders may be modified for good cause and with the Court's consent. Good cause is found when the moving party has been generally diligent, the need for more time is not the fault of the moving party, and refusing to grant the motion would create a substantial risk of unfairness to that party. *Tesone v. Empire Mktg. Strategies*, 942 F.3d 979, 988 (10th Cir. 2019) quoting 3 James Wm. Moore, *Moore's Federal Practice – Civil Section* 16.14[1][b] (3d ed. 2019).

III. **The Government does not oppose this Motion.**

The undersigned counsel has consulted with AUSA Tania Groover who indicated she does not oppose a ninety (90) day extension.

WHEREFORE, Mr. Bussey requests an additional 90 days in which to file the Defendant's Expert Disclosures up to and including March 13, 2024.

Respectfully submitted, this the 15th day of December, 2023.

*/s/ Thomas A. Withers, Esq.*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Email: Twithers@witherslawfirmpc.com

Attorneys for Defendant Brett Bussey

CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This the 15th day of December, 2023.

                                        WITHERS LAW FIRM PC

                                        */s/ Thomas A. Withers, Esq.*
                                        Thomas A. Withers, Esq.
                                        Georgia Bar Number: 772250

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Email: Twithers@witherslawfirmpc.com

                       Attorney for Defendant Brett Bussey