IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO.: 5:21-cr-009-20 |
| ) | |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S UNOPPOSED MOTION TO SEAL ATTACHMENTS TO GOVERNMENT RESPONSES TO MOTIONS 637, 651, AND 694**

The United States moves the Court to seal the government's attachments to responses related to Bussey's motions to suppress, ECF documents 637, 651 and 694. The attachments are either sealed documents, contain PII, and/or identify currently unindicted targets. The defense has no objection to this motion.

Respectfully submitted,

*s/ E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
TN 019397

22 Barnard, Ste. 300
Savannah, GA, 31401
912-652-4422