IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.

BRETT DONAVAN BUSSEY,

Defendant.

CASE NO.: 5-21-cr-9-20

**O R D E R**

This matter is before the Court on the Government's "Unopposed Motion to Seal Attachments to Government Responses to Motions 637, 651, and 694." Doc. 882. After careful consideration and for good cause shown, the Court **GRANTS** the Government's Motion. Doc. 882. The Government is permitted to file attachments to its responses related to Defendant Bussey's Motions to Suppress, docs. 637, 651 and 694 under seal.

**SO ORDERED**, this 6th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA