UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-09-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BRETT BUSSEY'S REPLY TO THE GOVERNMENT'S RESPONSE TO HIS MOTION FOR BILL OF PARTICULARS**

Mr. Bussey files this, his Reply to the Government's Response to his Motion for a Bill of Particulars under Rule 7 of the Fed. Rules of Criminal Procedure, and shows the Court the following:

**I.   The Government Response.**

The government responds that a Bill of Particulars is not appropriate because 1) the indictment is specific and contains the requisite elements, 2) the discovery provided is voluminous, and 3) a defendant is not entitled to particulars that detail a defendant's overt acts, and false, or fraudulent representations. Doc # 888.

1

## II.   Argument and Citation of Authority.

### A. The Indictment.

As set forth in his Motion for a Bill of Particulars, a Bill of Particulars supplements an indictment with sufficient information necessary for trial preparation. Doc # 633, p. 2 (quoting *United States v. Anderson*, 799 F.2d 1438, 1441 (11th Cir. 1986)). It is further "designed to define and limit the government's case." *United States v. Mariani*, 90 F.Supp.2d 574, 591 n. 18 (M. D. Pa. 2000).

The government first claims that the 22 manner and means and 61 overt acts in the indictment are specific as to names, documents, financial transactions and other evidentiary items. Doc # 888, p. 3. But Mr. Bussey is not named in a single manner or means of the indictment. As to the 61 overt acts, Mr. Bussey is named in only one act - hhh, on page 30. The government also claims that the 22 overt acts in support of count 53 acts is a useful outline for the defense. *Id.* Yet not one of those acts names Mr. Bussey, so that doesn't help him prepare a defense. Thus, the indictment provides very little to inform him of the facts he should be prepared to meet at trial.

### B. Voluminous Discovery.

The government next claims that because of the extensive discovery provided, doc # 888, p. 4, this Court should deny the request for a bill of

particulars. As the Second Circuit held in reversing RICO and mail fraud convictions based on the denial of defendants' motion for bill of particulars:

> The Government did not fulfill its obligation merely by providing mountains of documents to defense counsel who were left unguided as to which documents would be proven falsified or which of some fifteen burglaries would be demonstrated to be staged.

*United States v. Bortnovsky,* 820 F.2d 572, 575 (2d Cir. 1987). *See also United States v. Vasquez-Ruiz,* 136 F.Supp.2d 941, 943 (N.D. Ill. 2001) ("The defense should not be left to its own devices and a sifting of the voluminous materials that have been provided in order to divine the particulars of these critical allegations, which have not yet been disclosed.") (citing *United States v. Davidoff,* 845 F.2d 1151, 1155 (2d Cir. 1988)).

If anything, the volume of discovery here counsels for providing particulars.

### C. Overt Acts and False and Fraudulent Representations.

As set forth in his principal brief and in this response, the indictment provides little factual detail, and Mr. Bussey is entitled to be apprised of the conduct that he was alleged to have undertaken in furtherance of the multiples alleged conspiracies. *See, e.g., United States v. Ramirez,* 602

3

F.Supp. 783, 793 (S.D.N.Y.1985); *United States v. Feola,* 651 F.Supp. 1068, 1133 (S.D.N.Y.1987), *aff'd,* 875 F.2d 857 (2d Cir.), *cert. denied* 493 U.S. 834 (1989). A bill of particulars will be required if necessary to give the defendant enough information to prepare his defense even if the effect is disclosure of evidence or theories.  Wright, *Federal Practice and Procedure* § 129 (1982).

WHEREFORE, based on the reasons and authorities cited in his Motion and this Reply, Mr. Bussey respectfully requests that this Court grant his Bill of Particulars.

This 19th day of March, 2024.

*/s/Thomas A. Withers, Esq.*
Attorney Bar Number: 772250
Attorney for Defendant Brett Bussey

Withers Law Firm PC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Email: twithers@witherslawfirmpc.com

4

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 19th day of March, 2024.

                                      Withers Law Firm PC

                                      */s/Thomas A. Withers, Esq.*
                                      Attorney Bar Number: 772250
                                      Attorney for Defendant Brett Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Email: twithers@witherslawfirmpc.com