UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-9-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BRETT BUSSEY'S REPLY TO THE GOVERNMENT RESPONSE TO HIS MOTION FOR SEVERANCE**

Defendant Brett Donovan Bussey files this Reply to the Government Response to his Motion for Severance and shows this Court the following:

Mr. Bussey argued in his opening brief that the indictment alleges that two victims died, doc # 3 at ¶¶ 63(y), (cc), one victim was kidnapped, raped, and almost murdered, *id.* at ¶ 63(v), some victims were kept with little or no food and without safe drinking water, *id.* at ¶¶ 63(aa), (gg), some were kidnapped and threatened with guns or violence. *id.* at ¶¶ 63(s), (r), (z), (ff), and one victim died, *id.* at ¶ 63(y).

The only specific allegations about Mr. Bussey are that he allegedly caused four Form 1-129s to be mailed in March 2021, *id.* at ¶ 67, and that he tampered with a grand jury witness. *Id.* at ¶¶ 63(hhh), (iii).

1

Mr. Bussey asserted his right to a fair and speedy trial would be abridged by the denial of his motion for severance.

The government responded that the discrepancy in the type and manner of allegations in the indictment does not overcome the general principle that those indicted together should be tried together. Doc # 887. The government failed to respond to Mr. Bussey's argument that his right to a speedy trial is violated by a joint trial.

While the general principle is that co-conspirators indicted together should be tried together, especially in conspiracy cases, this is not an inflexible rule, and a trial court is obligated to balance potential prejudice to the defendants against the interests of judicial economy.

A joint trial under the unusual facts here would infringe on Mr. Bussey's right to a fair and speedy trial under the Fifth Amendment. And a joint trial will prevent the jury from making a reliable judgment about his guilt or innocence.

In multiple conspiracy cases, severance is appropriate when the evidence against some defendants will prevent the jury from making a reliable judgment where one defendant has a markedly different degree of culpability from others. *United States v. Baca*, 2016 WL 6404772, *31 (D.N.M. October 20, 2016). In *United States v. Shankman*, 13 F.Supp.2d

2

1358, 1367-69 (S.D. Ga. 1998), this Court decided post-trial that one of the defendants had suffered compelling prejudice stemming from a joint trial that was not cured by limiting instructions. Similarly, here, because of the stark difference in the nature and quantity of evidence against Mr. Bussey, his trial should be severed.

    Mr. Bussey asserts his right to a speedy trial as he did in his opening brief. Doc # 639, p. 9 – 10. In *United States v. Byrd*, 466 F. Supp. 2d 550 (S.D.N.Y. 2006), the defendant was indicted as a co-defendant in a racketeering conspiracy involving death penalty eligible co-defendants. The district court concluded that the defendant's severance was proper because he expressly invoked his speedy trial rights and the United States estimated that the co-defendants' trial would be delayed for many months, if not years. *Id*. In filing his Motion for Severance, Mr. Bussey expressly invoked his right to a speedy trial. The government failed to respond to that argument. Therefore, this Court should grant the motion under LR Crim. 12 (c) as unopposed. See *United States v. Lopez-Giraldo*, 221 WL 6072449, n. 1 ((N.D. Ga. Dec. 23, 2021) (waiver of objection by failing to support argument); *Garcia v. United States*, 2016 WL 6909250, *6 (S.D. Fla July 15, 2016) (same).

Based on the reasons and authorities cited in Mr. Bussey's opening brief and above, he respectfully requests that his Motion for Severance be granted.

Respectfully submitted, the 19th day of March, 2024.

>WITHERS LAW FIRM PC
>
>***/s/ Thomas A. Withers, Esq.***
>Thomas A. Withers, Esq.
>Georgia Bar Number: 772250
>Attorney for Defendant Brett Donovan Bussey

8 E. Liberty St
Savannah, Ga. 31401
(912) 447-8400
Email: twithers@witherslawfirmpc.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in accordance with the notice of electronic filing ("NEF") which was generated because of electronic filing in this court.

This the 19th day of March, 2024.

        WITHERS LAW FIRM PC

        ***/s/ Thomas A. Withers, Esq.***
        Thomas A. Withers, Esq.
        Georgia Bar Number: 772250
        Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Email: twithers@witherslawfirmpc.com