IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>BRETT DONAVAN BUSSEY,                    )<br>)<br>   Defendant.                                    ) | CASE NO: 5:21-CR-009-20 |

**GOVERNMENT'S RESPONSE TO SECOND MOTION
FOR EXTENSION OF TIME FOR DEFENDANT BRETT BUSSEY
TO FILE EXPERT WITNESS DISCLOSURES**

The United States has no objection to Defendant Brett Bussey's Second Motion for Extension of Time to File Expert Witness Disclosures. Doc. 934.

        Respectfully submitted,

        JILL E. STEINBERG
        UNITED STATES ATTORNEY

        ***/s/ Tania D. Groover***
        Tania D. Groover
        Assistant United States Attorney
        Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov