**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA

      v.

BRETT BUSSEY,

        Defendant.

CASE NO.: :5:21-cr-9-20

**<u>JOINT STATUS REPORT</u>**

I.     Date of Status Report Conference: March 26, 2024

II.    Conference Attendees:

| Name | Role |
|------|------|
| Thomas A. Withers | Attorney for Defendant Brett Bussey |
| AUSA Tania Groover | Assistant U.S. Attorney |

III.   Pretrial Motions.

☐     All pretrial motions have been satisfied or otherwise resolved.

☒     The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| Motion to Dismiss Mail Fraud Cts #631 | Y | Y | N |
| Motion to Dismiss Court 53        #632 | Y | Y | N |
| Motion for Bill of Particulars      #633 | Y | Y | N |
| Motion to Suppress – Microsoft    #637 | Y | Y | Y |
| Motion for Severance              #639 | Y | Y | N |
| Motion for Return of Suntrust Acc # 640 | Y | Y | Y |
| Motion to Suppress Wiretap        #651 | Y | Y | Y |
| Motion to Suppress – Home etc    #694 | Y | Y | Y |

**Complete Remaining Portions Only In Judge Baker Cases**

IV.    Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with the presiding District Judge.  <u>Yes/No</u>

| Dates for Telephonic Conference |
|---|
| _____ |
| _____ |
| _____ |

V.    Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request?  <u>Yes/No</u>

| Additional Time Requested |
|---|
| Unlikely the case will result in negotiated plea. |

This day March 26, 2024.


/s/      <u>*Tania Groover*          </u>
Assistant United States Attorney


/s/      <u>*Thomas A. Withers*        </u>
Defense Counsel