IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 5:21-CR-9-20 |
| | ) | |
| BRETT DONAVAN BUSSEY | ) | |

**THE UNITED STATES' MOTION FOR WITNESS
SPECIAL AGENT ANTHONY MIRANDA TO APPEAR BY VIDEO,
AND IN THE ALTERNATIVE, MOTION TO CONTINUE HIS TESTIMONY**

The United States respectfully requests that witness Special Agent Anthony Miranda be permitted to appear and testify by video at the motions hearing scheduled for 10:00 a.m. on April 19, 2024. Such request is made to accommodate Special Agent Miranda's personal circumstances as a single father currently living and working in El Paso, Texas. The request for Special Agent Miranda to appear by video is opposed by counsel for Defendant Brett Bussey. Alternatively, the United States respectfully requests that Special Agent Miranda be allowed to testify on another date after April 19, 2024.

1. The Court has scheduled a motions hearing to occur on April 19, 2024, at 10:00 a.m. Doc. 917. The motions hearing will address several pretrial motions filed by Defendants Maria Leticia Patricio, Delia Ibarra Rojas, Juan Francisco Alvarez Campos, and Brett Bussey. *See* docs. 917, 898, 902, 904, 951. The pretrial motions include Defendant Brett Bussey's motions to suppress two federal search warrants, and a wiretap, docs. 694, 651, 637, and motion for the return of property seized from a federal search warrant. Doc. 640. Defendant Bussey has requested *Franks* hearings related to the federal warrants and wiretaps. The United States

opposes the motions and opposes the request for an evidentiary hearing related to the federal warrants and wiretaps. *See* docs. 886, 885, 884, 933. If the requests for *Franks* hearings is granted, the United States intends to call Department of Labor, Office of Inspector General, Special Agent Kelly Linemann and Homeland Security Investigations Special Agent Anthony Miranda to testify at the hearing. Special Agent Linemann was the affiant on two of the federal warrants and Special Agent Miranda was the affiant on the other warrants and wiretap application. In the event the Court grants Bussey's request, Agent Miranda may be required to testify.

2.Since investigating this case Special Agent Miranda moved from the Southern District of Georgia to the Western District of Texas and is currently a Group Supervisor for a team of agents assigned to the Mexican border. Special Agent Miranda is also a single father, with childcare issues, and has paid plans to attend events with his son on Friday evening and Saturday, in Texas.

3.Because Special Agent Miranda may not need to testify, has childcare issues, and prepaid plans, the United States is respectfully requesting permission to allow Special Agent Miranda to testify by video at the motion hearing on April 19, 2024. If allowed to testify by video, Special Agent Miranda would still be subject to cross-examination in the same manner as if he were physically present in Court.

4.The United States respectfully submits that allowing Special Agent Miranda to testify by video would not violate the Rules of Criminal Procedure for a suppression hearing. *See United States v. Lattimore*, No. 20-123 (TFH), 2021 WL 860234, at *7 (D.C.C. Mar. 8, 2021) (holding that a remote suppression hearing conducted through video, as necessitated by COVID-19 pandemic, did not violate the

defendant's rights). Furthermore, in this case, this Court has previously allowed video testimony at an evidentiary hearing wherein Bussey's witness (a discovery coordinator) testified by video.

5. In the event the Court orders a *Franks* hearing related to Special Agent Miranda's affidavits, alternatively, the United States respectfully moves the Court to set another date for Special Agent Miranda to testify in person. The United States is not seeking to continue the currently scheduled April 19, 2024, motions hearing. Rather, the United States is alternatively proposing to proceed on April 19, 2024, with all the scheduled motions and if Special Agent Miranda is required to testify, then his in-person testimony be continued to another date at the Court's convenience.

    Respectfully submitted,

    *s/ E. Greg Gilluly, Jr.*

    E. Greg Gilluly, Jr.
    Assistant United States Attorney
    TN019397

22 Barnard, Ste. 300
Savannah, GA, 31403
912-652-4422