UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | INDICTMENT NO: |
| vs. ) | 5:21-cr-009-20 |
| ) | |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT BRETT BUSSEY'S RESPONSE IN OPPOSITION TO MOTION FOR AGENT MIRANDA TO APPEAR BY VIDEO

Defendant Brett Bussey files this his Response in Opposition to Motion for Agent Miranda to Appear by Video, doc # 961, and shows this Court the following:

1. **Procedural History.**

This case has a lengthy procedural history, and review of the vast discovery has been enormously time consuming. Pertinently, in October 2021, Mr. Bussey, along with 23 others, was indicted and charged with multiple counts of Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349, Mail Fraud, in violation of 18 U.S.C. § 1341, Conspiracy to Engage in Forced Labor, in violation of 18 U.S.C. § 1589, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h). Mr. Bussey was also charged with Tampering with a Witness, in violation of 18 U.S.C. § 1512. Doc. # 3.

In November 2021, this Court entered an Order stating the Pretrial Motions were due on or before May 17, 2022. Doc. # 152.

1

In January 2022, this Court entered an Amended Scheduling Order, doc. # 270, indicating that Pretrial Motions were to be filed on or before July 5, 2022.

On January 31, 2022, Mr. Bussey filed a Rule 16 and 404(b) motion. Doc. # 291 & # 292.

On April 8, 2022, the Government moved to designate the case as Complex and to Exclude Time under the Speedy Trial Act. Doc. # 360. On April 11, 2022, this Court granted that motion. Doc. # 364. The Government also produced Discovery 1 on this date.

The Government filed an Unopposed Motion for Additional Time to File Pretrial Motions on June 24, 2022. Doc. # 424.

An Amended Scheduling and Discovery Order was entered by this Court on July 1, 2022, indicating that Pretrial Motions were due on or before November 2, 2022. Doc. # 429.

The Government produced Discovery 2, 3, 4 and 5 on July 11, 2022.

On August 10, 2022, the Government produced Discovery 6 and 7.

On October 10, 2022, the Government produced Discovery 8, 9, 10 and 11.

Over the course of 2023, the Government produced Discovery 12, 13, 14, 15, and 16.

On October 28, 2022, the parties filed a Joint Motion for Additional Time to File Pretrial Motions. Doc. # 461. This Court conducted a Status Conference on

November 11, 2022, and granted the motion and the Pretrial Motions deadline was scheduled for May 9, 2023.  Doc. # 486.

After a telephonic Status Conference on March 10, 2023 in which the Defendants, once again, requested an extension to file Pretrial Motions, this Court entered an Amended Scheduling & Discovery Order extending the Pretrial Motion deadline to July 14, 2023.  Doc. # 551.

On that same day, Mr. Bussey filed a Motion for Identification of Specific Documents which the Government Expects to Introduce in its Case-In-Chief at Trial. Doc. # 549.

On April 28, 2023, a Telephonic Status Conference was held and the Defendants, except for Mr. Bussey, requested another Pretrial Motion extension due to the Government still putting together a "load file" for the defendants.  Doc. # 568.

Another Telephonic Status Conference was held on June 2, 2023 in which the defendants, again except for Mr. Bussey, requested a Pretrial Motion extension.  Doc. # 597.

On June 9, 2023, this Court entered another Amended Scheduling Order stating all Pretrial Motions were due on October 2, 2023, and the Government Expert Disclosures were due on June 14, 2023.  Doc. # 603

The Government filed a Motion for Extension of Time to File Expert Witness Disclosures and 404(b) Motions on June 14, 2023. Doc. # 607.  This Court entered

an Amended Scheduling & Discovery Order on June 22, 2023, making the Government's Expert Witness Disclosures due on August 14, 2023. Doc. # 614.

On July 12, 2023, Mr. Bussey filed a Motion to Dismiss Counts 4-7, doc # 631, Motion to Dismiss Count 53, doc. # 632, and Motion for Bill of Particulars, doc. # 633. On July 13, 2023, Mr. Bussey filed a Motion to Suppress Aug. 14, 2019 Search Warrant on Microsoft, doc. # 637, Motion for Severance, doc. # 639, and Motion for Return of Seized Property - SunTrust Account, doc. # 640. Agent Miranda was the affiant on the Microsoft warrant.

On July 18, 2023, Mr. Bussey moved to Suppress Wiretap Evidence. Doc. # 651. Agent Miranda was also the affiant on that warrant. On August 17, 2023, Mr. Bussey moved to Suppress the November 16, 2021 search of 410 W. 6th St., Tifton, Ga., and computers and electronic devices. Doc. # 694.

Another Amended Scheduling Order was entered on September 15, 2023, doc. # 721, indicating that Pretrial Motions and Defense Expert Disclosures were due on December 15, 2023.

The government has responded to Mr. Bussey's motions and he has filed Reply Briefs.

On February 22, 2024, this Court scheduled a hearing on these motions for this Friday, April 19, 2024.

Mr. Bussey has carefully set out the material omissions and misrepresentations made by Agent Miranda in seeking the search Microsoft warrant, doc # 637, p. 5-11, 637-2, 637-3, 637-4 and the Title III wiretap. Doc # 651, p. 11-19.

It is Mr. Bussey's contention that those facts warrant a *Franks* hearing.

**2. Argument and Citation of Authority.**

The government cites a single case to excuse Agent Miranda's personal appearance, doc # 961, p. 4, citing *United States v. Lattimore*, 525 F.Supp.3d 142 (D.C.C. March 8, 2021). But that case arose at the height of the pandemic and the court noted that the "there are several colorable arguments that the Confrontation Clause does apply at a pre-trial suppression hearing." *Id.* at 147.

The Sixth Amendment to the Constitution provides that "in all criminal prosecutions" a defendant be afforded the right "to be confronted with the witnesses against him." The Confrontation Clause provides "two types of protections for a criminal defendant: the right physically to face those who testify against him, and the right to conduct cross-examination." *Id*. at 146-47, citing *Coy v. Iowa*, 487 U.S. 1012, 1017 (1988) (quoting *Pennsylvania v. Ritchie*, 480 U.S. 39, 51 (1987).  Mr. Bussey asserts his right to confront Agent Miranda in person.

Although the court in *Lattimore* ultimately ruled that it was not clear that a video hearing would violate the Sixth Amendment, it did note that a suppression

hearing is a critical part of a criminal prosecution and possibly the last major pretrial proceeding. *Id*. at 148.

Here, no world-wide pandemic constrains one's ability to travel, or assemble in a courtroom. This case is 2 and a half years old, and this hearing was scheduled two months in advance. Mr. Bussey and his counsel are mindful of family and childcare concerns. But Agent Miranda is an important witness and given the nature of the testimony, Mr. Bussey opposes the requested video appearance.

Alternatively, the government requests that the Court schedule Agent Miranda's testimony for another day. Mr. Bussey has made a detailed showing that the affidavits contain misrepresentations and material omissions to entitle him to a *Franks* hearing. Accordingly, he will be prepared to argue and cross-examine Agent Miranda at Friday's hearing.

Respectfully submitted this 17th day of April, 2024.

**WITHERS LAW FIRM PC**

*/s/Thomas A. Withers*
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile:  (912) 629-6347
Email: Twithers@witherslawfirmpc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 17th day of April, 2024.

                            **WITHERS LAW FIRM PC**

                            */s/Thomas A. Withers*
                            Thomas A. Withers, Esq.
                            Georgia Bar Number: 772250
                            Attorney for Defendant Brett Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile: (912) 629-6347
Email: Twithers@witherslawfirmpc.com