**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA,

    v.

BRETT DONAVAN BUSSEY,

    Defendant.

CASE NO.: 5:21-cr 9-20

**ORDER**

The Court has scheduled a hearing on all pretrial motions in this case to occur on April 19, 2024, at 10:00 a.m.  The Government has filed a Motion for Witness Special Agent Anthony Miranda to Appear by Video, and in the Alternative, Motion to Continue His Testimony.  Doc. 961.  Defendant Bussey filed an opposition to the Government's Motion.  Doc. 968.  After careful consideration, the Government's Motion is **DENIED**.

Defendant Bussey filed at least two motions that raise challenges about affidavits from Special Agent Anthony Miranda.  Docs. 637, 651.  Those motions were filed in July 2023 and are now fully briefed.  After several requests for extensions and various delays caused by protracted discovery issues, on February 22, 2024, the Court set a hearing to take up all pretrial motions.  The hearing was scheduled (and has remained scheduled) to occur on April 19, 2024.  The parties have had approximately two months' notice of the hearing.  Nonetheless, three days before the hearing, the Government filed the instant Motion asking the Court to allow Special Agent Miranda to participate by video teleconference or, alternatively, to set another date for Special Agent Miranda to testify in person.  Doc. 961.  In support of this request, the Government states Special Agent Miranda has "childcare issues" and "has paid plans to attend

events with his son" on the date of the hearing.  Id.  The Government fails to provide any additional detail or explain why the request was made so close in time to the scheduled hearing.

Having fully considered the Government's request and Defendant's opposition, I **DENY** the Government's Motion.  The parties provide some argument and authority about whether the Court can allow Special Agent Miranda to participate in the hearing by video.  The Court need not resolve that issue because even if remote participation is permissible, it is not warranted by the facts presented.  This case has been pending for a nearly three years.  The motions to be addressed at the April 19, 2024 hearing have been pending for several months and the Government has had ample notice of the scheduled hearing.  The Government offers only threadbare justifications for its late request for Special Agent Miranda to be allowed to participate remotely.  Even if the Court could allow Special Agent Miranda to participate in the hearing by video over Defendant's opposition, the Government has not demonstrated a sufficient reason for remote participation.  Therefore, Special Agent Miranda is not permitted to testify by remote video means.  The Government's request for Special Agent Miranda to testify at some later date is also denied at this time.

**SO ORDERED**, this 18th day of April, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA