# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERK'S MINUTES

CASE NO. 5:21-cr-9                                              DATE: 4/19/2024

TITLE: United States of America v. Delia Ibarra Rojas, Juan Francisco Alvarez Campos, and Brett Donavan Bussey

HONORABLE BENJAMIN W. CHEESBRO          COURTROOM DEPUTY: KIM MIXON

COURT REPORTER: Victoria Root                    TIME: 10:11 a.m.-5:15 p.m.

LOCATION: WAY- CR1                               TOTAL: 7 hours/4 minutes

SECURITY: USMS-Marty Fitzjurls

PLAINTIFF:                                       COUNSEL FOR PLAINTIFF:

United States of America                         Tania Groover
                                                 Greg Gilluly

DEFENDANTS:                                      COUNSEL FOR DEFENDANTS:

Delia Ibarra Rojas                               Katie Brewington
Juan Francisco Alvarez Campos                    Paul Kish
Brett Donavan Bussey                             Tom Withers

**Hearing on Motions**

**Court conducts motions hearing on the following pretrial motions:**

- **Motion to Dismiss the Mail Fraud Conspiracy Count 1 and the Substantive Mail Fraud Counts 4 Through 7 filed by Defendant Brett Donavan Bussey.  Doc. 631.**
- **Motion to Dismiss the Money Laundering Count 53 filed by Defendant Brett Donavan Bussey.  Doc. 632.**
- **Motion for Bill of Particulars by Defendant Brett Donavan Bussey.  Doc. 633.**
- **Motion to Suppress August 14, 2019 Search Warrant Directed to Microsoft filed by Defendant Brett Donavan Bussey.  Doc. 637.**
- **Motion for Severance filed by Defendant Brett Donavan Bussey.  Doc. 639.**
- **Motion for Return of Seized Property From His SunTrust Account filed by Defendant Brett Donavan Bussey.  Doc. 640.**
- **Motion to Suppress Wiretap Evidence filed by Defendant Brett Donavan Bussey.  Doc. 651.**

- **Motion to Suppress November 16, 2021 Search of 410 West 6th Street, Tifton, Georgia, and Computers and Electronic Devices filed by Defendant Brett Donavan Bussey.  Doc. 694.**
- **Motion to Sever filed by Defendant Delia Ibarra Rojas.  Doc. 801.**
- **Motion to Dismiss Count 1 Mail Fraud Conspiracy filed by Defendant Delia Ibarra Rojas.  Doc. 802.**
- **Motion to Dismiss Count 53 Money Laundering Conspiracy filed by Defendant Delia Ibarra Rojas.  Doc. 803.**
- **Motion to Dismiss for Violation of Fifth Amendment filed by Defendant Juan Francisco Alvarez Campos.  Doc. 804.**
- **Motion to Suppress Because Warrant Not Supported by Probable Cause filed by Defendant Juan Francisco Alvarez Campos. Doc. 805.**
- **Motion to Dismiss for Misjoinder filed by Defendant Juan Francisco Alvarez Campos.  Doc. 806.**
- **Motion for Severance filed by Defendant Juan Francisco Alvarez Campos. Doc. 807.**

**Court discusses order of proceedings.**
**All other pending motions (not mentioned above) will be denied as moot.**
**The Court announces it will conduct provisional <u>Franks</u> hearing today as to the Defendants' <u>Franks</u> motions.  The Court will determine whether it is appropriate to consider evidence in a written ruling.**

**<u>Motion to Suppress August 14, 2019 Search Warrant Directed to Microsoft.  Doc. 637.</u>**

**Rule of sequestration invoked.**
**Court allows Government's additional agents to stay in courtroom since they will not testify during hearing.**
**Defense argument and request for <u>Franks</u> hearing.  10:27-11:13.**
**Government argument on request for <u>Franks</u> hearing.  11:13.**
**Court breaks.  11:13.**
**Court resumes.  11:39.**

**Defense counselors Paul Kish and Katie Brewington ask to be heard on motions for Defendants Juan Francisco Alvarez Campos and Defendant Delia Ibarra Rojas next so they and interpreters may be excused for the remainder of the hearing.**
**Court grants the request.**

**<u>Motion to Dismiss for Violation of Fifth Amendment.  Doc. 804.</u>**

**Defense argument by Paul Kish.  11:40-11:45.**
**Defense Exhibit 1 admitted without objection.**
**Court takes motion under advisement.**

**Motions to Dismiss Mail Fraud Counts and Motion for Bill of Particulars.  Docs. 631, 633, and 802.**

**Mr. Withers argument on Motion to Dismiss Mail Fraud Count.  Doc. 631.  11:45-11:50.**
**Government argument on Motions to Dismiss Mail Fraud Counts and Bill of Particulars.  11:51-12:03.**
**Government states they provide a reverse proffer to Ms. Rojas upon request.**
**Ms. Brewington will confer with her client regarding reverse proffer.**
**Mr. Withers makes additional argument on Motion to Dismiss Mail Fraud Counts and Bill of Particulars.  Docs. 631 and 633.  12:03-12:11.**

**Motions Related to Severance and Misjoinder.  Docs. 639, 801, 806, and 807.**

**Argument by Paul Kish on motions, docs. 806 and 807.  12:12-12:17.**
**Government argument.  12:17-12:21.**
**Defense (Kish) response.  12:21-12:22.**
**Defense argument by Tom Withers.  12:23-12:25.**
**Government argument on severance motions/speedy trial.  12:25-12:27.**

**Court excuses Mr. Kish, Ms. Brewington, Defendants Juan Francisco Alvarez Campos and Delia Ibarra Rojas, and the interpreters.**

**Court recess.  12:28.**
**Court resumes.  12:40.**

**Provisional Evidentiary Hearing for Motions filed by Defendant Brett Donavan Bussey.**

**Government witness Kelly Linemann.  Witness sworn.  12:41-2:03.**
**Government Exhibits 1 through 26 admitted without objection.**
**Government plays portions of recorded audio clips during hearing.**
**Defense moves for Rule 26.2 on any prior statements for this witness.**
**Government states the information has already been provided.**
**Court recess for lunch.  2:05.**
**Court resumes.  3:05.**
**Government seeks to excuse Government witness Anthony Miranda.**
**Defense has no objection.**
**Court excuses Government witness Anthony Miranda.**
**Defense cross of Kelly Linemann.  3:12-3:51.**
**Court recess.  3:51.**
**Court resumes.  4:05.**
**Parties state that Rule 26.2 issue has been resolved.  Conferral process successful.**
**Defense continues cross of witness Kelly Linemann.  5:01.**
**Defense Exhibits 1 through 62 admitted without objection.**
**Mr. Withers states he will furnish Exhibit 62 to the Court.**
**Defense plays certain audio excerpts during hearing.**
**Government redirect.  5:01-5:09.**

**Government's Exhibit 28 admitted without objection.**
**Defense recross.  5:09-5:13.**
**Court questions Government counsel about misstatement in search warrant affidavit about Mr. Bussey being paid directly (paragraph 126 (b) and (d)).  Government confers with witness and concedes there is a misstatement in warrant affidavit that Mr. Bussey was paid directly.**
**Court takes motions under advisement.**
**Written order to follow.**