UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NUMBER: |
| ) | 5:21-CR-009-20 |
| BRETT DONAVAN BUSSEY, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO FILE MOTION TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT UNDER SEAL

Defendant Brett D. Bussey files this his Motion to File Motion to Continue Arraignment on Superseding Indictment Under Seal and shows this Court the following:

Mr. Bussey is filing a Motion to Continue Arraignment on Superseding Indictment which contains personal medical information which is inappropriate for public view. Mr. Bussey therefore requests that his Motion to Continue Arraignment on Superseding Indictment be filed under seal.

Under the Local Rules for Criminal Cases 49.1(a), Mr. Bussey asks the Court to file these documents under seal since they contain medical information appropriate for the Court's consideration but not for public view. *Accord*, *McKenzie v. Staten*, 2020 WL 5638621, *5-6 (S.D. Ga. September 3, 2020).

1

Given the nature of the information, Mr. Bussey asks that the records be sealed permanently under LR Civil 79.7(e).

Respectfully submitted this the 25th day of June, 2024.

/s/Thomas A. Withers
Thomas A. Withers, Esq.
Georgia Bar Number: 772250
Attorney for Defendant Brett Bussey

**WITHERS LAW FIRM PC**
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile:  (912) 629-6347
Email: Twithers@witherslawfirmpc.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This the 25th day of June, 2024.

                              Gillen, Withers & Lake, LLC

                              ***/s/ Thomas A. Withers, Esq.***
                              Thomas A. Withers, Esq.
                              Georgia Bar Number: 772250
                              Attorney for Defendant Brett Donovan Bussey

8 East Liberty Street
Savannah, Georgia 31401
Telephone:  (912) 447-8400
Email: Twithers@witherslawfirmpc.com