# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 5:21-CR-009 |
| ) | |
| BRETT DONAVAN BUSEY,   ) | |
| ) | |
| Defendant.   ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
## TO CONTINUE ARRAIGNMENT ON SUPERSEDING INDICTMENT

The United States has no objection to Defendant Brett Donavan Bussey's Motion to Continue Arraignment on Superseding Indictment. The United States respectfully requests that if the Court grants Defendant's motion, it find that the request is made in the interest of justice to enable Defendant to effectively prepare for trial in this matter, and the ends of justice served by granting the continuance outweigh the best interest of the public and Defendant in a speedy trial.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov