UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 5:21-cr-9 | **DATE:** July 29, 2024 |
| **UNITED STATES OF AMERICA** | **TIME:** 10:00-10:16 |
| v. | **LOCATION :** WAY-CR-1 |
| **BRETT BUSSEY/JUANA CARRILLO** | |

| | |
|---|---|
| **Judge:** Benjamin W. Cheesbro, US Magistrate Judge | **Courtroom Deputy:** Kim Mixon |
| **Court Reporter:** FTR WAY-CR1 | **Interpreter:** |
| **Probation Officer:** Fonda Dixon | **Security:** USMS-Jason Parnell |
| **Attorney(s) for Government:** Tania Groover | |
| **Attorney(s) for Defendant:** Tom Withers for Bussey/Joseph Turner for Carrillo | |

**PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT**

- [ ] CJA 23: Provided.
- [ ] Defendants qualify for court appointed counsel. Counselors previously appointed.
- [✓] Defendants advised of rights and the Government's disclosure obligations.
- [✓] Defendants advised of charges and penalties.
- [✓] Defendants waive formal reading of Superseding Indictment.
- [✓] Not guilty plea entered.
- [ ] Defendant waived preliminary hearing.
- [✓] Scheduling and Discovery was discussed.
- [ ] Government moves for detention.
    - [ ] Defendant requests 5 days to prepare for detention hearing.
    - [ ] Government requests 3 days to prepare for detention hearing.
    - [ ] Defendant waives detention hearing at this time.
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held,
- [✓] Defendants released on bond subject to conditions previously set by Court.
- [ ] Defendants advised of conditions. Defendant released with supervision.
- [ ] Defendants detained pending a detention hearing.
- [ ] Defendants detained pending trial.
- [ ] Defendants remain in the custody of the United States Marshal Service.

**ADDITIONAL COMMENTS:**

Defendants are allowed to remain on bond under conditions previously set by the Court.