IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 5:21-CR-09-20 |
| | ) | |
| BRETT BUSSEY | ) | |

**GOVERNMENT'S RESPONSE TO BUSSEY'S BRADY MOTION (DOC. 1128)**

The United States is aware of its duties under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny and will comply with its duties and responsibilities.

JILL E. STEINBERG

UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947
Post Office Box 8970
Savannah, Georgia  31412
Telephone: 912-652-4422
Facsimile: 912-652-4388
E-mail: tania.groover@usdoj.gov