## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 5:21-CR-09-20 |
| | ) | |
| BRETT DONAVAN BUSSEY | ) | |

### GOVERNMENT'S RESPONSE[1] IN OPPOSITION TO DEFENDANT BUSSEY'S OBJECTIONS TO MAGISTRATE ORDER ON BILL OF PARTICULARS

On October 15, 2024, United States Magistrate Benjamin W. Cheesbro issued an Order ("Order") denying Defendant Bussey's Motion for Bill of Particulars ("Motion"). Doc. 1157. After considering Defendant's Motion, doc. 633, the United States' Response in opposition, doc. 888, Defendant's Reply, doc. 938, and argument of counsel at a hearing on this matter, Judge Cheesbro denied the Motion because (1) the combination of the Superseding Indictment and extensive discovery are sufficient to put Defendant on notice of the charges against him; (2) Defendant has not demonstrated that a bill of particulars is required in this case; and (3) Defendant has not demonstrated that he is even entitled to the specific list of particulars he has requested. Doc. 1157 at 5-9. Defendant filed objections to the Order, doc. 1172, and now asks this Court to reverse the rulings in the Order. Defendant reiterates his

---

[1] Absent a controlling scheduling order, LR Crim. 12(a)(2) provides that responses shall be filed within seven days of the filing for pretrial motions not described in Federal Rule of Criminal Procedure 12(b)(3). Defendant timely filed his objections to the Order on October 29, 2024. As such, pursuant to LR Crim. 12(a)(2), the Government's response was due on November 5, 2024. Counsel for the Government has conferred with counsel for Defendant Bussey, and he does not object to the Government filing its response today.

1

arguments that essential facts are missing from the Superseding Indictment, that the voluminous discovery has made it difficult to locate critical allegations and seeks detailed information about what is false and fraudulent.  *See*, Doc. 1172.

The United States maintains its position that (1) the detailed Superseding Indictment alleviates the need for a bill of particulars; (2) the discovery and reverse proffer presentation to Defendant Bussey alleviate the need for a bill of particulars; (3) Defendant Bussey is not entitled to an accounting of all the acts committed in furtherance of the offenses; and (4) Defendant Bussey is not entitled to an accounting of every single false or fraudulent misrepresentation.  For the reasons articulated by Judge Cheesbro in the thorough and well-reasoned Order, as well as those in the Government's initial response, doc. 888, Defendant's objections, doc. 1172, should be overruled and the Order should be adopted in its entirety.

    Respectfully submitted,

    JILL E. STEINBERG
    UNITED STATES ATTORNEY

    ***/s/ Tania D. Groover***
    Tania D. Groover
    Assistant United States Attorney
    Georgia Bar No. 127947

    ***/s/ E. Greg Gilluly, Jr.***
    E. Greg Gilluly, Jr.
    Assistant United States Attorney
    Tennessee Bar No. 019397

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov; and
       greg.gilluly@usdoj.gov