UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 5:21-CR-09-20 |
| | ) | |
| BRETT DONAVAN BUSSEY | ) | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO
DEFENDANT BUSSEY'S OBJECTIONS TO MAGISTRATE
ORDER ON MOTION TO DISMISS MAIL FRAUD COUNTS**

On November 8, 2024, United States Magistrate Benjamin W. Cheesbro issued an Order ("Order") denying Defendant Bussey's Motion to Dismiss Mail Fraud Counts ("Motion"). Doc. 1180. After considering Defendant's Motion, doc. 631, the United States' Response in opposition, doc. 889, Defendant's Reply, doc. 937, and argument of counsel at a hearing on this matter, Judge Cheesbro denied the Motion because the Superseding Indictment is legally sufficient. The Magistrate found that the Superseding Indictment (1) presents the essential elements of the charged offenses, (2) notifies Defendant of the charges to be defended against, and (3) enables Defendant to rely upon a judgment under the superseding indictment as a bar against double jeopardy for any subsequence prosecution for the same offense. Doc. 1180. Defendant filed objections to the Order, doc. 1185, and now asks this Court to reverse the rulings in the Order. Defendant reiterates his arguments that the mail fraud conspiracy and substantive counts fail to identify the false representations or pretenses of the scheme to defraud; and therefore, these counts should be dismissed. *Id*. The United States maintains its position that the detailed Superseding Indictment is sufficient, contains every element of the offenses charged, properly outlines the

1

factual details, and sufficiently apprises the Defendant of what he must be prepared to meet at trial. The Superseding Indictment meets the constitutional standard, and the objection is properly denied. For the reasons articulated by Judge Cheesbro in the thorough and well-reasoned Order, as well as those in the Government's initial response, doc. 889, Defendant's objections, doc. 1185, should be overruled and the Order should be adopted in its entirety.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

*/s/ E. Greg Gilluly, Jr.*
E. Greg Gilluly, Jr.
Assistant United States Attorney
Tennessee Bar No. 019397

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov; and
          greg.gilluly@usdoj.gov