# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**TONY GRAHAM**
CHIEF PROBATION OFFICER

P. O. BOX 8165
**SAVANNAH 31412**

PHONE: 912-650-4150
FAX: 912-650-4148



**AUGUSTA 30903**
FEDERAL JUSTICE CENTER
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

**BRUNSWICK 31521**
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

**WAYCROSS**

## MEMORANDUM

DATE: May 15, 2025

TO: Honorable Benjamin W. Cheesbro
United States Magistrate Judge

FROM: Madison Goodroe *mg*
United States Probation Officer

RE: Brett Donavan Bussey
5:21CR0009-020
Waycross Division
Represented by: Thomas A. Withers
**PERMISSION TO TRAVEL**

The purpose of this memorandum is to notify the Court as to the defendant's status, and to seek permission for the defendant to travel outside of the district.

On December 1, 2021, Your Honor released the defendant on a $50,000 bond secured by third-party signature, with conditions of supervision. Your Honor ordered the defendant's travel be restricted to the Southern District of Georgia and the Middle District of Georgia.

On February 20, 2025, this officer petitioned for modification of Bussey's conditions of release to include substance abuse testing; prohibition from tampering or attempting to obstruct or tamper with substance abuse testing; participation in a substance abuse treatment program, as directed by the supervising officer; and participation in a mental health treatment program, as directed by the supervising officer. Your Honor granted the modifications as requested on the same date.

On April 16, 2025, Bussey admitted himself into Georgia Recovery Campus, LLC (Georgia Recovery), in Reynolds, Georgia, related to his issues with alcoholism. As of the date of this memorandum, Bussey has successfully discharged from Georgia Recovery's initial program and is set to transition to Valor Behavioral Health located at 1190 W. Druid Hills Drive NE, Atlanta,

Honorable Benjamin W. Cheesbro
Re: Bussey, Brett Donavan
May 15, 2025
Page 2

Georgia 30329. Bussey stated via text message to this officer that he will reside at Valor Behavioral Health for 90 days before transiting into sober living.

This officer will monitor the defendant's residency at Valor Behavioral Health and his return back to the Southern District of Georgia. It is recommended that the defendant be allowed to travel to the Northern District of Georgia for an extended period of time as needed for substance abuse treatment.

Should the Court need additional information, please advise.

Reviewed by:

*Fonda Dixon*

Fonda Dixon
Supervisory United States Probation Officer


[X] Approved

[ ] Denied


BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA