UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 5:21-cr-09-20** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRETT DONAVAN BUSSEY** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Ryan Bondura*
Ryan Bondura
Assistant United States Attorney
SC Bar No. 104079

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 4th day of November 2025.

                                                  Respectfully submitted,

                                                  MARGARET E. HEAP
                                                  UNITED STATES ATTORNEY

                                                  */s/ Ryan Bondura*
                                                  Ryan Bondura
                                                  Assistant United States Attorney
                                                  SC Bar No. 104079

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422